**United States District Court**
For the Northern District of California

1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

7

8

9

10

11    Acacia Media Technologies Corporation,                    NO. C 05-01114 JW

12                    Plaintiff,                    **ORDER FOLLOWING CASE**
                                                     **MANAGEMENT CONFERENCE**
          v.
13
      New Destiny Internet Group, et al.,
14
                      Defendant(s).
15    _____/

16    And All Related and/or Consolidated Case Actions

17    _____/

18          The Court conducted a case management conference on June 14, 2005.  Counsels for the

19    Plaintiff and counsels for all Defendants were present. Defendants from the Central District and the

20    Arizona District appeared telephonically.

21          As to pending motions, the parties stipulated to the following:

22          1)    With respect to the "Adult Entertainment Cases", Plaintiff voluntarily withdraws its

23                Motion for Certification of a Defendant Class Action.

24          2)    With respect to the "Cable/Satellite Cases", Defendants Cable America Corporation,

25                Cable One, Inc., and NPG Cable, Inc., voluntarily withdraw their Motions for More

26                Definite Statement.

27          3)    The Plaintiff and Defendants from the Northern District of Ohio and Minnesota

28                stipulated to Defendants' Motion to Add Counterclaims.

**United States District Court**
For the Northern District of California

1    4)    Plaintiff's Motion for Clarification of the Role of Rainer Schulz was discussed.  The

2          Court has issued a separate Order proposing to amend the terms of appointment and

3          allowing the parties a period of time to make any objections.

4    5)    Plaintiff's Motion for Consolidation is deemed moot in light of the MDL order.

5          In light of the MDL order, the Court invites any party who wishes to file a Motion for

6    Reconsideration of the Court's Markman Order issued on July 12, 2004 to do so in accordance with

7    the schedule set forth below.  In the motion, the party shall identify the terms for which reconsideration

8    is sought and any additional  terms in the 992 and 702 patents that should be defined. A hearing is set

9    for **September 8 and 9, 2005, from 9 a.m. to 4 p.m.**   Pursuant to the Local Patent Rules of Court, all

10   parties shall:

11   1)    No later than **July 29, 2005** serve on all other parties Proposed Terms and Claim

12         Elements for Construction pursuant to Patent L.R. 4-1 and Preliminary Claim

13         Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2.

14   2)    No later than **August 25, 2005** file a Joint Claim Construction Statement and

15         Prehearing Statement pursuant to Patent L.R. 4-3.   The statement shall be presented in

16         the following chart format:

| Disputed Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|

19   The parties shall express their proposed construction in a manner suitable for incorporation into a jury

20   instruction.

21         For future case management conference, parties wishing to appear telephonically shall meet

22   and confer and set up their own conference call in number.  The parties shall notify the Courtroom

23   Deputy Clerk, Mr. Ron Davis, three days prior to the date of conference.

24         None of the dates set in this Order may be changed without an order of the Court made after a

25   motion is duly filed and made pursuant to the Local Rules of this Court.

26   Dated: June 21, 2005                          /s/ James Ware
                                                    JAMES WARE
27                                                  United States District Judge

28
                                        2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan P. Block blocka@hbdlawyers.com
   Annamarie A. Daley aadaley@rkmc.com
3  Bradford P. Lyerla blyerla@marshallip.com
   David A. York david.york@lw.com
4  Harold J. McElhinny HmcElhinny@mofo.com
   J. Timothy Nardell EfilingJTN@cpdb.com
5  James Michael Slominski jslominski@hh.com
   Jan J. Klohonatz jklohonatz@tcolaw.com
6  Jason A. Crotty jcrotty@mofo.com
   Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
7  Jeffrey H. Dean jdean@marshallip.com
   Jonathan E. Singer singer@fr.com
8  Juanita R. Brooks brooks@fr.com
   Kevin D. Hogg khogg@marshallip.com
9  Kevin I. Shenkman shenkmank@hbdlawyers.com
   Maria K. Nelson mknelson@jonesday.com
10 Marsha Ellen Mullin memullin@jonesday.com
   Michael J. McNamara michael.mcnamara@bakerbotts.com
11 Mitchell D. Lukin mitch.lukin@bakerbotts.com
   Morgan William Tovey mtovey@reedsmith.com
12 Patrick J. Whalen pwhalen@spencerfane.com
   Paul A. Friedman pafriedman@mofo.com
13 Rachel Krevans rkrevans@mofo.com
   Richard R. Patch rrp@cpdb.com
14 Robert F. Copple rcopple@lrlaw.com
   Roderick G. Dorman dormanr@hbdlawyers.com
15 Stephen E. Taylor staylor@tcolaw.com
   Stephen P. Safranski spsafranski@rkmc.com
16 Todd Glen Miller miller@fr.com
   Todd R. Tucker ttucker@rennerotto.com
17 Victor de Gyarfas vdegyarfas@foley.com
   Victor George Savikas vgsavikas@jonesday.com
18 William J. Robinson wrobinson@foley.com
   William R. Overend woverend@reedsmith.com
19 William R. Woodford woodford@fr.com

20
   **Dated: June 21, 2005**                              **Richard W. Wieking, Clerk**
21

22                                                        **By:    /s/ JW Chambers**
                                                              **Ronald L. Davis**
23                                                            **Courtroom Deputy**

24

25

26

27

28