

**HENNIGAN, BENNETT & DORMAN LLP**
**RODERICK G. DORMAN (SBN 96908)**
**ALAN P. BLOCK (SBN 143783)**
**KEVIN SHENKMAN (SBN 223315)**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017**
**Phone: (213) 694-1200**
**Fax: (213) 694-1234**
**dormanr@hbdlawyers.com**
**blocka@hbdlawyers.com**
**shenkmank@hbdlawyers.com**

Attorneys for Plaintiff,
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA MEDIA TECHNOLOGIES CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>CEBRIDGE CONNECTIONS,<br><br>            Defendant. | Case No. C 05 01703 SBA<br>Case No. C 05 01114 JW<br><br>[PROPOSED] ORDER RE ACACIA'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>DATE:  N/A<br>TIME:  N/A<br>CTRM:  Hon. James Ware |

---

**CASE NO. C-05-01703 SBA**                                                                                   **[PROPOSED] ORDER**

On May 4, 2005, Plaintiff Acacia Media Technologies Corporation ("Acacia") filed a motion, pursuant to Local Rule 3-12, for administrative relief to consider whether this case, which involves claims for infringement of patents within Acacia's "Yurt family" of patents, should be deemed related to the twenty other actions currently-pending before this Court which also involve claims for infringement of Acacia's Yurt family of patents. Acacia specifically requested that this case be reassigned to this Court to conserve judicial resources and promote an efficient determination of the action. All of the other twenty cases currently before Judge Ware were transferred to Judge Ware in this District by order of the Judicial Panel on Multidistrict Litigation.

On May 11, 2005, this Court issued an Order Denying Acacia's Administrative Motion on the grounds that: "[T]his Court finds that assignment must be made in accordance with the MDL Rules of Procedure." On the same day, this Court issued an Order of Referral of Tag-Along Action to the MDL Clerk, notifying the clerk of the Multidistrict Panel that this action "appears to be a 'tag-along' action as defined in MDL Rule 1.1" and referring "this matter to the Clerk of the Multidistrict Panel for further action pursuant to MDL Rule 7.4."

MDL Rule 7.5(a) applies to potential "tag-along" actions that are filed in the transferee district, such as the present case. According to Rule 7.5(a), the MDL Panel will take no action on the Court's referral of this case to the MDL Panel as a "tag-along" action, because assignment to the transferee judge is to be handled pursuant to the court's local rules for assignment of related actions:

> **Rule 7.5(a)** Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for assignment of related actions.

481152\v1

1  Upon reconsideration of its denial of Acacia's administrative motion, this
2  Court, applying MDL Rule 7.5(a), hereby conditionally GRANTS Acacia's
3  administrative motion only for the purpose of pre-trial proceedings pursuant to the
4  MDL transfer Order dated February 24, 2005.
5  Accordingly, this Court reassigns the case of *Acacia Media Technologies*
6  *Corporation v. Cebridge Connections*, Case No. 05-CV-01703 SBA to this Court to
7  be included, only for the purpose of pre-trial proceedings, with the twenty cases
8  comprising case no. MDL-1665, which have been grouped for convenience as *In re*
9  *Acacia Media Technologies Corporation*, Case No. CV-05-1114 JW (HRL).
10  IT IS SO ORDERED.

12  Dated: June 27, 2005         /s/ James Ware
13                                Honorable James Ware
                                  United States District Judge
14
Presented by:
15
HENNIGAN, BENNETT & DORMAN LLP
16

18  By:          /S/
19           Alan P. Block
    Attorneys for Plaintiff
20  ACACIA MEDIA TECHNOLOGIES
    CORPORATION

# PROOF OF SERVICE-UNITED STATES DISTRICT COURT

I, Sylvia A. Berson, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017.

On **June 20, 2005**, I served a copy of the within document(s) described as **[PROPOSED] ORDER RE ACACIA'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** by transmitting via United States District Court for the Central District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above listed document(s) on this date, addressed as set forth on the **attached Service List**.

The above-described document was also transmitted to the parties indicated below, by Federal Express only.

Chambers of the Honorable James Ware
Attn: Regarding Acacia Litigation
280 South First Street
San Jose, CA  95113
*3 copies*

I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of mail with the United States Postal Service; pursuant to that practice, envelopes placed for collection at designated locations during designated hours are deposited with the United States Postal Service with first class postage thereon fully prepaid that same day in the ordinary course of business; and,

I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 20, 2005**, at Los Angeles, California.

/s/
Sylvia A. Berson

-3-

CASE NO. C-05-01703 SBA                                     [PROPOSED] ORDER

**SERVICE LIST**

Stephen S. Korniczky
Paul Hastings Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130
*Counsel for:*
*Cebridge Connections*

| | |
|---|---|
| Juanita R. Brooks | Jonathan E. Singer |
| Todd G. Miller | William R. Woodford |
| Fish & Richardson | Fish & Richardson |
| 12390 El Camino Real | 60 South Sixth Street, Suite 3300 |
| San Diego, California 92130-2081 | Minneapolis, Minnesota 55402 |
| *Counsel for:* | *Counsel for:* |
| *New Destiny Internet Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.* | *New Destiny Internet Group LLC; Audio Communications; VS Media Inc. ; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc. ; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.* |
| | |
| Victor De Gyarfas | Gary A. Hecker |
| William J. Robinson | James Michael Slominski |
| Foley & Lardner | Hecker Law Group |
| 2029 Century Park E, 35th Floor | 1925 Century Park East, Suite 2300 |
| Los Angeles, California 90067 | Los Angeles, California 90067 |
| *Counsel for:* | *Counsel for:* |
| *International Web Innovations, Inc.* | *Offendale Commercial Limited BV* |
| | |
| Mark D. Schneider | Dan Fingerman |
| Gifford, Krass, Groh, Sprinkle, Anderson and Citkowski | Mount & Stoelker, P.C. |
| | River Park Tower, 17th Floor |
| 280 N. Old Woodward Avenue, Suite 400 | 333 W. San Carlos St. |
| Birmingham, Michigan 48009-5394 | San Jose, CA  95110 |
| *Counsel for:* | *Counsel for:* |
| *Askcs.com Inc.* | *Askcs.com Inc.* |

| | | |
|---|---|---|
| 1 | David Allen York | Rachel Krevans |
| 2 | Latham & Watkins | Jason A. Crotty |
|   | 135 Commonwealth Drive | Paul A. Friedman |
| 3 | Menlo Park, California 94025 | Morrison & Foerster LLP |
|   | *Counsel for:* | 425 Market Street |
| 4 | *AP Net Marketing Inc.; ICS Inc.* | San Francisco, California 94105-2482 |
| 5 | | *Counsel for:* |
|   | | *Echostar Satellite LLC; Echostar Technologies* |
| 6 | | *Corporation; Echostar Communications* |
|   | | *Corporation* |
| 7 | | |
| 8 | Annemarie A. Daley | J. Timothy Nardell |
|   | Tara DeAnne Sutton | Coblentz, Patch, Duffy & Bass LLP |
| 9 | Stephen P. Safranski | One Ferry Building, Suite 200 |
| 10 | Robins Kaplan Miller & Ciresi LLP | San Francisco, California 94111-4213 |
|    | 2800 LaSalle Plaza | *Counsel for:* |
| 11 | 800 LaSalle Avenue | *Coxcom, Inc.; Hospitality Network, Inc.* |
|    | Minneapolis, Minnesota 55402 | |
| 12 | *Counsel for:* | |
| 13 | *Coxcom, Inc.; Hospitality Network, Inc.* | |
| 14 | Jeffrey H. Dean | William R. Overend |
|    | Kevin D. Hoag | Morgan D. Tovey |
| 15 | Bradford P. Lyerla | Reed Smith Crosby Heafey |
| 16 | Carl E. Myers | Two Embarcadero Center, Suite 2000 |
|    | Marshall Gerstein & Borun LLP | San Francisco, California 94111 |
| 17 | 6300 Sears Tower | *Counsel for:* |
| 18 | 233 South Wacker Drive, | *Charter Communications, Inc.* |
|    | Chicago, Illinois 60606 | |
| 19 | *Counsel for:* | |
| 20 | *Charter Communications, Inc.; Armstrong* | |
|    | *Group; East Cleveland TV and* | |
| 21 | *Communications LLC; Massillon Cable TV,* | |
|    | *Inc.; Wide Open West, LLC* | |
| 22 | | |
| 23 | Daralyn J. Durie | Maria K. Nelson |
|    | Joshua H. Lerner | Victor G. Savikas |
| 24 | David J. Silbert | Jones Day Reavis & Pogue |
|    | Keker & Van Nest LLP | 555 West Fifth Street, Suite 4600 |
| 25 | 710 Sansome Street | Los Angeles, California 90013-1025 |
| 26 | San Francisco, California 94111 | *Counsel for:* |
|    | *Counsel for:* | *DirecTV Group, Inc.* |
| 27 | *Comcast Cable Communications, LLC* | |
| 28 | | |

**CASE NO. C-05-01703 SBA**          -5-          **[PROPOSED] ORDER**

| | | |
|---|---|---|
| 1 | Stephen E. Taylor | Mitchell D. Lukin |
| 2 | Taylor & Co. Law Offices, Inc. | Baker Botts L.L.P. |
|   | One Ferry Building, Suite 355 | One Shell Plaza |
| 3 | San Francisco, California 94111 | 910 Louisiana |
|   | *Counsel for:* | Houston, Texas 77022 |
| 4 | *Mediacom Communications Corporation* | *Counsel for:* |
| 5 | | *Mediacom Communications Corporation* |
| 6 | Jeffrey D. Sullivan | Rebecca Anne Bortolotti |
|   | Michael J. McNamara | John Christopher Reich |
| 7 | Baker Botts L.L.P. | Albert L. Underhill |
| 8 | 30 Rockefeller Plaza | Merchant & Gould |
|   | New York, New York 10112 | 80 S. 8th Street, Suite 3200 |
| 9 | *Counsel for:* | Minneapolis, Minnesota 55402 |
| 10 | *Mediacom Communications Corporation* | *Counsel for:* |
| 11 | | *Arvig Communications Systems; Cannon Valley Communications, Inc.; Loretel* |
| 12 | | *Cablevision; Mid-Continent Media, Inc.; Savage Communications, Inc.; Sjoberg's* |
| 13 | | *Cablevision, Inc.; US Cable Holdings LP* |
| 14 | Sean David Garrison | C. Mark Kittredge |
|   | Robert Francis Copple | Perkins Coie Brown & Bain PA |
| 15 | Lewis & Roca LLP | P.O. Box 400 |
| 16 | 40 N. Central Avenue | Phoenix, Arizona 85001-0400 |
|   | Phoenix, Arizona 85004-4429 | *Counsel for:* |
| 17 | *Counsel for:* | *Cable One Inc.* |
| 18 | *Cable America Corp.* | |
| 19 | Troy Blinn Forderman | Gregory T. Spalj |
|   | George Chun Chen | Fabyanske Westra & Hart PA |
| 20 | Bryan Cave LLP | 800 LaSalle Avenue, Suite 1900 |
| 21 | 2 N. Central Avenue, Suite 2200 | Minneapolis, Minnesota 55402 |
|   | Phoenix, Arizona 85004-4406 | *Counsel for:* |
| 22 | *Counsel for:* | *Cable System Service, Inc.* |
| 23 | *Cable System Service Inc.* | |
| 24 | Patrick J. Whalen | Fritz Byers |
|   | Spencer Fan Britt & Brown LLP | 520 Madison Avenue |
| 25 | 1000 Walnut Street, Suite 1400 | Toledo, Ohio 43604 |
| 26 | Kansas City, Missouri 64106 | *Counsel for:* |
|   | *Counsel for:* | *Block Communications, Inc.* |
| 27 | *NPG Cable Inc.* | |
| 28 | | |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| 1 | Clay K. Keller | Melissa G. Ferrario |
| 2 | Buckingham, Doolittle & Burroughs | Barry S. Goldsmith |
|   | 50 South Main Street | Gary H. Nunes |
| 3 | Akron, Ohio 44308 | Womble Carlyle Sandridge & Rice |
|   | *Counsel for:* | 8065 Leesburg Pike, Fourth Floor |
| 4 | *Nelsonville TV Cable, Inc.* | Tysons Corner, VA 22182 |
| 5 |   | *Counsel for:* |
|   |   | *Nelsonville TV Cable, Inc.* |
| 6 | | |
| 7 | Christopher B. Fagan | |
|   | Fay Sharpe Fagan Minnich & McKee | |
| 8 | 1100 Superior Avenue, Seventh Floor | |
|   | Cleveland, Ohio 44114-2518 | |
| 9 | *Counsel for:* | |
| 10 | *Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV,* | |
| 11 | *Inc.; Wide Open West, LLC* | |

(Lines 12–28 blank)

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

CASE NO. C-05-01703 SBA                    -7-                    [PROPOSED] ORDER