**\*E-FILED ON 7/14/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION | No. C05-01114 JW (HRL) <br><br> **INTERIM ORDER SETTING DEADLINE FOR RESPONSES TO THE OBJECTION TO THE APPOINTMENT OF RAINER SCHULZ AS A TECHNICAL ADVISOR** |
| _____ / | |

    Pursuant to the District Court's June 21, 2005 "Order Clarifying the Role of the Court's Technical Advisor, Mr.Rainer Schulz," this court has received an objection to the appointment of Mr. Schulz. Several parties filed responses to that objection on July 13, 2005. Any party that wishes to respond to the asserted objection, but has not yet done so, shall file its response **no later than July 18, 2005**.

    Upon consideration of the papers submitted by the parties, this court will decide whether to set a hearing or whether the matter may be determined upon the papers without a hearing.

    IT IS SO ORDERED.

Dated:  July 14, 2005

                                        /s/ Howard R. Lloyd  
                                        HOWARD R. LLOYD  
                                        UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:05-cv-1114 Notice will be electronically mailed to:

2  Alfredo A. Bismonte    abismonte@mount.com, ceastman@mount.com;bshih@mount.com

3  Alan P. Block    blocka@hbdlawyers.com, bersons@hbdlawyers.com;biserm@hbdlawyers.com;effnere@hbdlawyers.com

4

5  Juanita R. Brooks    brooks@fr.com, njohnson@fr.com

6  Robert F. Copple    rcopple@lrlaw.com, dclauser@lrlaw.com

7  Jason A. Crotty    jcrotty@mofo.com, vpooni@mofo.com;RKrevans@mofo.com;LSangalang@mofo.com;RHarkins@mofo.com

8  Annamarie A. Daley    aadaley@rkmc.com, dlanderson@rkmc.com;vlriley@rkmc.com

9  Jeffrey H. Dean    jdean@marshallip.com, mdelach@marshallip.com

10  Roderick G. Dorman    dormanr@hbdlawyers.com, spearsl@hbdlawyers.com

11  Daniel Harlan Fingerman    dfingerman@mount.com, ceastman@mount.com

12  Paul A. Friedman    pafriedman@mofo.com,

13  Kevin D. Hogg    khogg@marshallip.com,

14  Jan J. Klohonatz    jklohonatz@tcolaw.com,

15  Stephen S. Korniczky    stephenkorniczky@paulhastings.com

16  Rachel Krevans    rkrevans@mofo.com, ggerrish@mofo.com

17  Mitchell D. Lukin    mitch.lukin@bakerbotts.com,

18  Bradford P. Lyerla    blyerla@marshallip.com, mgreene@marshallip.com

19  Harold J. McElhinny    HMcElhinny@mofo.com, vmarshall@mofo.com

20  Emmett J. McMahon    ejmcmahon@rkmc.com, lhbuck@rkmc.com;kkschwientek@rkmc.com;crketterling@rkmc.com

21

22  Michael J. McNamara    michael.mcnamara@bakerbotts.com,

23  Todd Glen Miller    miller@fr.com, owens@fr.com

24  Marsha Ellen Mullin    memullin@jonesday.com,

25  J. Timothy Nardell    EfilingJTN@cpdb.com

26  Maria K. Nelson    mknelson@jonesday.com, vgsavikas@jonesday.com;memullin@jonesday.com;lalucca@jonesday.com

27  William R. Overend    woverend@reedsmith.com, ehaase@reedsmith.com

28  Richard R. Patch    rrp@cpdb.com,

1 William J. Robinson     wrobinson@foley.com, lsaptoro@foley.com

2 Stephen P. Safranski     spsafranski@rkmc.com, bjweiss@rkmc.com

3 Victor George Savikas     vgsavikas@jonesday.com,

4 Kevin I. Shenkman     shenkmank@hbdlawyers.com, smithm@hbdlawyers.com

5 David J. Silbert     djs@kvn.com, aap@kvn.com;nbd@kvn.com;cac@kvn.com

6 Jonathan E. Singer     singer@fr.com, skarboe@fr.com

7 James Michael Slominski     jslominski@hh.com, jimslominski@verizon.net

8 Jeffrey D. Sullivan     jeffrey.sullivan@bakerbotts.com

9 Stephen E. Taylor     staylor@tcolaw.com, jschinske@tcolaw.com;cdunbar@tcolaw.com;jklohonatz@tcolaw.com;nfreese@tcolaw.com;rhardack@tcolaw.com;jshang@tcolaw.com

11 Morgan William Tovey     mtovey@reedsmith.com, mjmeyers@reedsmith.com

12 Todd R. Tucker     ttucker@rennerotto.com, jcampbell@rennerotto.com

13 Patrick J. Whalen     pwhalen@spencerfane.com, ecrank@spencerfane.com

14 William R. Woodford     woodford@fr.com, lindner@fr.com

15 David A. York     david.york@lw.com

16 Victor de Gyarfas     vdegyarfas@foley.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Courtesy copy mailed to:

Fritz Byers
824 Spitzer Bldg.,
520 Madison Avenue
Toledo, OH 43604

Counsel is reminded of the obligation to register for e-filing under the court's CM/ECF program.