**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: ACACIA MEDIA TECHNOLOGIES CORP., | NO. C 05-01114-JW<br>MDL 1665 |
| District Judge: Hon. James Ware<br>Magistrate Judge: Hon. Howard R. Lloyd | **ORDER REGARDING BRIEF SCHEDULE** |

_____/

    A dispute has arisen among the parties with respect to whether the Court intended to allow or disallow legal briefs in connection with the scheduled hearings for reconsideration of the Court's Claim Construction Order. It was not the Court's intention to disallow legal briefs. Indeed, in hearing any motion or opposition to a motion, the Court would benefit from legal memoranda addressing the contentions of the parties in favor or against the constructions adopted by the Court. Any briefs shall conform to the local rules of this Court with respect to length.

    With this clarification, the parties are ordered to confer on a briefing schedule. If the parties are unable to agree to a schedule, they are referred to Judge Howard Lloyd, who is empowered to set a briefing schedule.

Dated: July 19, 2005

05cv01114brief

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan P. Block blocka@hbdlawyers.com
Alfredo A. Bismonte abismonte@mount.com
Annamarie A. Daley aadaley@rkmc.com
Bradford P. Lyerla blyerla@marshallip.com
Daniel Harlan Fingerman dfingerman@mount.com
David A. York david.york@lw.com
David J. Silbert djs@kvn.com
Emmett J. McMahon ejmcmahon@rkmc.com
Harold J. McElhinny HMcElhinny@mofo.com
J. Timothy Nardell EfilingJTN@cpdb.com
James Michael Slominski jslominski@hh.com
Jan J. Klohonatz jklohonatz@tcolaw.com
Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
Jeffrey H. Dean jdean@marshallip.com
Jonathan E. Singer singer@fr.com
Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com
Kevin I. Shenkman shenkmank@hbdlawyers.com
Maria K. Nelson mknelson@jonesday.com
Marsha Ellen Mullin memullin@jonesday.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
Mitchell D. Lukin mitch.lukin@bakerbotts.com
Morgan William Tovey mtovey@reedsmith.com
Patrick J. Whalen pwhalen@spencerfane.com
Paul A. Friedman pafriedman@mofo.com
Rachel Krevans rkrevans@mofo.com
Richard R. Patch rrp@cpdb.com
Robert F. Copple rcopple@lrlaw.com
Roderick G. Dorman dormanr@hbdlawyers.com
Sean David Garrison sgarrison@lrlaw.com
Stephen E. Taylor staylor@tcolaw.com
Stephen P. Safranski spsafranski@rkmc.com
Stephen S. Korniczky stephenkorniczky@paulhastings.com
Todd Glen Miller miller@fr.com
Todd R. Tucker ttucker@rennerotto.com
Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
William J. Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

C Mark Kittredge
Perkins Coie Brown & Bain PA
P. O. Box 400
Phoenix, AZ 85001-0400

//

//

1 Christopher B. Fagan
Fay Sharpe Fagan Minnich & McKee
2 7th Floor
1100 Superior Avenue
3 Cleveland, OH 44114-2518

4 David P. Pearson
Winthrop & Weinstine, PA
5 225 S. 6th Ste., 3500
Minneapolis, MN 55415

6

Douglas W. Sprinkle
7 Gifford Krass Groh Sprinkle Anderson & Citkowski, P.C.
2701 Troy Center Drive, Suite 330
8 P. O. Box 7021
Troy, MI 48007-7021

9

Fritz Byers
10 824 Spitzer Bldg.,
520 Madison Avenue
11 Toledo, OH 43604

12 Albert L. Underhill
John C. Reich
13 Rebecca A. Bortolotti
Merchant & Gould
14 80 S. 8th Street
Suite 3200
15 Minneapolis, MN 55402

16 Mark D. Schneider
Gifford Krass Groh Sprinkle Anderson & Citkowski, P.C.
17 2701 Troy Center Drive
Suite 330
18 P. O. Box 7021
Troy, MI 48007-7021

**Dated: July 19, 2005**                                **Richard W. Wieking, Clerk**

                                                        **By: /jwchambers/**
                                                              **Ronald L. Davis**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California