COUNSEL LISTED ON SIGNATURE PAGES

IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re

ACACIA MEDIA TECHNOLOGIES
CORPORATION

Case No. C-05-01114 JW

**STIPULATION AND [PROPOSED]
ORDER RE EXPERT DISCOVERY**

Judge:      Honorable James Ware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

356016.01

## **STIPULATION**

The undersigned parties stipulate as follows:

1.      The following expert materials shall not be discoverable in this litigation:

        a.      Oral or written communications between an expert witness, on the one hand, and the party or parties who retained the expert, or their attorneys or representatives, on the other;

        b.      Drafts of expert reports or declarations; and

        c.      Notes, memoranda, and other writings of an expert witness prepared in connection with the expert's engagement.

2.      This stipulation does not preclude any party from questioning an expert witness about the circumstances surrounding the drafting of any expert report or declaration, including without limitation how much time the expert spent drafting the report or declaration, whether particular language was suggested by others, and so forth.

IT IS SO STIPULATED.

Dated: August 29, 2005

RODERICK G. DORMAN (CA SBN 96908)
ALAN P. BLOCK (CA SBN 143783)
KEVIN I. SHENKMAN (CA SBN 223315)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017


By:_____

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES
CORPORATION

356016.01          356543.01

1

Dated: August 26, 2005

2

3

4

5

6

7

8

9

10

Dated: August 26, 2005

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VICTOR G. SAVIKAS (CA SBN 145658)
KEVIN G. McBRIDE (CA SBN 195866)
MARSHA E. MULLIN (CA SBN 93709)
MARIA K. NELSON (CA SBN 155608)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025

By:_____
     Victor G. Savikas

Attorneys for Defendant
THE DIRECTV GROUP, INC.

HAROLD J. McELHINNY (CA SBN 66781)
RACHEL KREVANS (CA SBN 116421)
PAUL A. FRIEDMAN. (CA SBN 208920)
JASON A. CROTTY (CA SBN 196036)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

DAVID C. DOYLE (CA SBN 70690)
MORRISON & FOERSTER LLP
3811 Valley Centre Dr., Suite. 500
San Diego, California 92130

By:____/S/_____
     Harold J. McElhinny

Attorneys for Defendants
ECHOSTAR SATELLITE LLC and ECHOSTAR
TECHNOLOGIES CORPORATION

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY
CASE NO. C-05-01114 JW

356016.01

356543.01

Dated: August 26, 2005

1

2          DARALYN J. DURIE (CA SBN 169825)
           DAVID J. SILBERT (CA SBN 173128)
3          KEKER & VAN NEST LLP
           710 Sansome Street
4          San Francisco, California 94111-1704

5          By: /s/
6          _____
           David Silbert

7          Attorneys for Defendant
           COMCAST CABLE COMMUNICATIONS, LLC

8

9    Dated:  August 26, 2005

           ANNAMARIE A. DALEY (*pro hac vice*)
10         TARA D. SUTTON (*pro hac vice*)
           STEPHEN P. SAFRANSKI (*pro hac vice*)
11         ROBINS, KAPLAN, MILLER & CIRESI LLP
           2800 LaSalle Plaza, 800 LaSalle Avenue
12         Minneapolis, Minnesota 55402

13         RICHARD R. PATCH (CA SBN 88049)
           J. TIMOTHY NARDELL (CA SBN 184444)
14         COBLENTZ, PATCH, DUFFY & BASS, LLP
           One Ferry Building, Suite 200
15         San Francisco, California 94111-4213

16

17         By: /s/
           _____
           Annamarie A. Daley
18
           Attorneys for Defendants
19         COXCOM, INC. and HOSPITALITY NETWORK,
           INC.

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY
CASE NO. C-05-01114 JW

356016.01          356543.01

Dated: August 26, 2005

BRADFORD LYERLA (*pro hac vice* app. pending)
KEVIN HOGG (*pro hac vice* app. pending)
JEFFREY DEAN (*pro hac vice* app. pending)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

MORGAN W. TOVEY (CA SBN 136242)
WILLIAM R. OVEREND (CA SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

By: /S/
William R. Overend

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC., WIDE
OPEN WEST, ARMSTRONG UTILITIES,
MASSILON CABLE TV, INC., EAST
CLEVELAND CABLE TV, MID-CONTINENT
MEDIA, INC., CANNON VALLEY
COMMUNICATIONS, US CABLE HOLDINGS,
LP, ARVIG ENTERPRISES, SJOBERG CABLE,
LORETEL SYSTEMS, INC., NPG CABLE, INC.

DATED: August 26, 2005

REBECCA ANNE BORTOLOTTI
JOHN CHRITOPHER REICH
ALBERT L. UNDERHILL
MERCHANT & GOULD
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402

By /S/
Rebecca Anne Bortolotti

Attorneys for Defendants
MID-CONTINENT MEDIA, INC., SAVAGE
COMMUNICATIONS, INC., CANNON VALLEY
COMMUNICATIONS, US CABLE HOLDINGS,
LP, ARVIG ENTERPRISES, SJOBERG'S
CABLE, LORETEL SYSTEMS, INC.,

DATED: August 26, 2005

JUANITA R. BROOKS
TODD G. MILLER

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY
CASE NO. C-05-01114 JW

356016.01   356543.01

FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130-2081


By _____/S/_____
      Todd R. Miller

Attorneys for Defendants
NEW DESTINY INTERNET GROUP, L.L.C.,
AUDIO COMMUNICATIONS, INC., VS MEDIA,
INC., ADEMIA MULTIMEDIA, LLC,
CYBERHEAT, INC., AEBN, INC., LIGHTSPEED
MEDIA CORPORATION, INNOVATIVE IDEAS
INTERNATIONAL, LTD., GAME LINK, INC.,
AND CYBERTREND, INC.

DATED: August 26, 2005

JONATHAN E. SINGER
WILLIAM R. WOODFORD
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402


By _____/S/_____
      Jonathan E. Singer

Attorneys for Defendants
NEW DESTINY INTERNET GROUP, L.L.C.,
AUDIO COMMUNICATIONS, INC., VS MEDIA,
INC., ADEMIA MULTIMEDIA, LLC,
CYBERHEAT, INC., AEBN, INC., LIGHTSPEED
MEDIA CORPORATION, INNOVATIVE IDEAS
INTERNATIONAL, LTD., GAME LINK, INC.,
AND CYBERTREND, INC.

DATED: August 26, 2005

WILLIAM J. ROBINSON
VICTOR DE GYARFAS
FOLEY & LARDNER
2029 Century Park East, 35th Floor
Los Angeles, California 90067

By _____/S/_____
      Victor de Gyarfas

Attorneys for Defendants
International Web Innovations, Inc. and
OFFENDALE COMMERICAL LIMITED BV

DATED: August 26, 2005

DOUGLAS W. SPRINKLE

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY
CASE NO. C-05-01114 JW

356016.01      356543.01

1

2

3

    MARK D. SCHNEIDER
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.
280 N. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394

4

5

6

    GREGORY B. WOOD
FULBRIGHT & JAWORSKI
865 S. Figueroa Street, 29th Floor
Los Angeles, California 90017-2576

7

8

By_____/S/_____
     Mark D. Schneider

9

Attorneys for Defendant
ASKCS.COM, INC.

10

11

DATED:  August 26, 2005

12

13

    GARY A. HECKER
JAMES M. SLOMINSKI
THE HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, California 90067

14

15

By_____/S/_____
     James M. Slominski

16

Attorneys for Defendant
OFFENDALE COMMERCIAL BV, LTD.

17

DATED:  August 26, 2005

18

19

    DAVID A. YORK
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, California 94025

20

21

By_____/S/_____
     David A. York

22

Attorneys for Defendants
ICS, Inc. and AP Net Marketing, Inc.

23

DATED:  August 26, 2005

24

25

    MITCHELL D. LUKIN
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77022

26

27

    JEFFREY D. SULLIVAN
MICHAEL J. MCNAMARA
BAKER BOTTS LLP

28

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY
CASE NO. C-05-01114 JW

356016.01        356543.01

1

30 Rockefeller Plaza
New York, New York 10112

2

STEPHEN E. TAYLOR
TAYLOR & CO. LAW OFFICES, INC.

3

One Ferry Building, Suite 355
San Francisco, California 94111

4

5

By_____/S/_____

6

Mitchell D. Lukin

7

Attorneys for Defendant
MEDIACOM COMMUNICATIONS
CORPORATION

8

DATED:  August 26 , 2005

9

SEAN DAVID GARRISON
ROBERT FRANCIS COPPLE
LEWIS & ROCA LLP

10

40 N. Central Avenue
Phoenix, Arizona 85004-4429

11

12

By_____/S/_____

13

Sean David Garrison

14

Attorneys for Defendant
CABLE AMERICA CORP.

15

DATED:  August 26 , 2005

16

C. MARK KITTREDGE
PERKINS COIE BROWN & BAIN PA
P.O. Box 400

17

Phoenix, Arizona 85001-0400

18

19

By_____/S/_____

20

C. Mark Kittredge

21

Attorneys for Defendants
CABLE ONE INC.

22

DATED:  August 26 , 2005

23

PATRICK J. WHALEN
SPENCER FAN BRITT & BROWN LLP
1000 Walnut Street, Suite 1400

24

Kansas City, Missouri 64106

25

26

By_____/S/_____

27

Patrick J. Whalen

Attorneys for Defendants

28

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY
CASE NO. C-05-01114 JW

356016.01    356543.01

1

2    DATED:  August 26, 2005

3

4

5

6

7

8    DATED:  August 26, 2005

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NPG CABLE INC.

FRITZ BYERS
520 Madison Avenue
Toledo, Ohio 43604


By /s/
   ───────────────────────────
   Fritz Byers

Attorneys for Defendants
BLOCK COMMUNICATIONS, INC.

CHRISTOPHER B. FAGAN
FAY SHARPE FAGAN MINNICH & MCKEE
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2518


By /s/
   ───────────────────────────
   Christopher B. Fagan

Attorneys for Defendants
ARMSTRONG GROUP; EAST CLEVELAND TV
AND COMMUNICATIONS LLC; MASSILLON
CABLE TV, INC.; WIDE OPEN WEST, LLC

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY
CASE NO. C-05-01114 JW

356016.01        356543.01

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: <u>Sept. 01. 2005</u>          By: <u>  /s/ James Ware                    </u>
                                           JAMES WARE
                                           UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY
CASE NO. C-05-01114 JW

356016.01          356543.01

PROOF OF SERVICE

I, Chuesca M. Tartalone, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 West Fifth Street, Suite 4600, Los Angeles, California 90013-1025. On August 26, 2005, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. on the **attached Service List**

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth on the **attached Service List**

☐    by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 26, 2005, at Los Angeles, California.

/s/ _____
Chuesca Tartalone

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
**(BY U.S. MAIL)**

Alan P. Block, Esq.
Kevin I. Shenkman, Esq.
HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
**Counsel for:**
**Acacia Media Technologies Corporation**

Juanita R. Brooks
Todd G. Miller
FISH & RICHARDSON
12390 El Camino Real
San Diego, California 92130-02081
**Counsel for:**
**New Destiny Internet Group LLC; Audio**
**Communications; VS Media Inc.; Ademia**
**Multimedia LLC; Adult Entertainment**
**Broadcast network; Cyber Trend Inc.;**
**Lightspeedcash; Adult Revenue Services;**
**Innovative Ideas International; Game Link**
**Inc.; Club Jenna Inc.; CJ Inc.; Global AVS**
**Inc.; ACMP LLC; Cybernet Ventures Inc.**

Jonathan E. Singer
William R. Woodford
FISH & RICHARDSON
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
**Counsel for:**
**New Destiny Internet Group LLC; Audio**
**Communications; VS Media Inc.; Ademia**
**Multimedia LLC; Audult Entertainment**
**Broadcast network; Cyber Trend Inc.;**
**Lightspeedcash; Adult Revenue Services;**
**innovative Ideas international; Game Link**
**Inc.; Club Jenna Inc.; CJ Inc.; Global AVIS**
**Inc,.; ACMP LLC; Cybernet Ventures Inc.**

Victor De Gyarfas
William J. Robinson
FOLEY & LARDNER
2029 Century Park E. 35th Floor
Los Angeles, California 90067
**Counsel for:**
**International Web Innovations, Inc.**

Gary A. Hecker
James Michael Slominski
HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, California 90067
**Counsel for:**
**Offendale Commercial Limited BV**

Mark D. Schneider
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON AND CITKOWSKI
280 N. Old Woodward Avenue, Ste. 400
Birmingham, Michigan 48009-5394
**Counsel for:**
**Askcs.com Inc.**

LAI-2203466v1

2

PROOF OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | Dan Fingerman | David Allen York |
| | MOUNT & STOELKER, P.C. | LATHAM & WATKINS |
| 3 | River Park tower, 17th Floor | 135 Commonwealth Drive |
| | 333 W. San Carlos St. | Menlo Park, California 94025 |
| | San Jose, California 95110 | **Counsel for:** |
| 4 | **Counsel for:** | **AP Net Marketing Inc.; ICS Inc.** |
| | **Askcs.com Inc.** | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Rachel Krevans | Annemarie A. Daley |
| | Jason A. Crotty | Stephen P. Safranski |
| 9 | Paul A. Friedman | ROBINS KAPLAN MILLER & CIRESI LLP |
| | MORRISON & FOERSTER LLP | 2800 LaSalle Plaza |
| 10 | 425 Market Street | 800 LaSalle Avenue |
| | San Francisco, California 94105-2482 | Minneapolis, Minnesota 55402 |
| 11 | **Counsel for:** | **Counsel for:** |
| | **Echostar satellite LLC; Echostar** | **Coxcom, Inc.; Hospitality Network, Inc.** |
| 12 | **Technologies Corporation; Echostar** | |
| | **Communications Corporation** | |
| 13 | | |
| 14 | | |
| 15 | Richard R. Patch | Jeffrey H. Dean |
| | J. Timothy Nardell | Kevin D. Hoag |
| 16 | COBLENTZ, PATCH, DUFFY & BASS LLP | Bradford P. Lyerla |
| | One Ferry Building, Ste. 200 | Carl E. Myers |
| 17 | San Francisco, California 94111-4213 | MARSHALL GERSTEIN & BORUN LLP |
| | **Counsel for:** | 6300 Sears Tower |
| 18 | **Coxom, Inc.; Hospitality Network, Inc.** | 233 South Wacker Drive |
| | | Chicago, Illinois 60606 |
| 19 | | **Counsel for:** |
| | | **Charter Communications, Inc.; Armstrong** |
| 20 | | **Group; East Cleveland TV and** |
| | | **Communications LLC; Massillon Cable TV,** |
| 21 | | **Inc.; Wide Open West, LLC** |
| 22 | | |
| 23 | William R. Overend | Daralyn J. Durie |
| | Morgan D. Tovey | Joshua H. Lerner |
| 24 | Reed Smith Crosby heafey | David J. Silbert |
| | Two Embracadero Center, Suite 2000 | KEKER & VAN NEST LLP |
| 25 | San Francisco, California 94111 | 710 Sansome Street |
| | **Counsel for:** | San Francisco, California 94111 |
| 26 | **Charter Communications, Inc.** | **Counsel for:** |
| | | **Comcast Cable Communications, LLC** |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | |
| 2 | Stephen E. Taylor<br>TAYLOR & CO. LAW OFFICES, INC.<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>**Counsel for:**<br>**Mediacom Communications Corporation** | Mitchell D. Lukin<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77022<br>**Counsel for:**<br>**Mediacom Communications Corporation** |
| 7 | Jeffrey D. Sullivan<br>Michael J. McNamara<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>**Counsel for:**<br>**Mediacom Communications Corporation** | Rececca Anne Bortolotti<br>John Christopher Reich<br>Albert L. Underhill<br>Merchant & Gould<br>80 S. 8th Street, suite 3200<br>Minneapolis, Minnesota 55402<br>**Counsel for:**<br>**Arvig Communications Systems; Cannon Valley Communications, nc.; Loretel Cablevision; Mid-Continent Media, nc.; Savage Communictions, Inc.; Sjoberg's Cablevision, Inc.; US Cable Holdings LP** |
| 14 | Sean David Garrison<br>Robert Francis Copple<br>LEWIS & ROCA LLP<br>40 N. Central Avenue<br>Phoenix Arizona 85004-4429<br>**Counsel for:**<br>**Cable America Corp.** | C. Mark Kittredge<br>PERKINS COIE BROWN & BAIN PA<br>P.O. BOX 400<br>Phoenix, Arizona 85001-0400<br>**Counsel for:**<br>**Cable One Inc.** |
| 18 | Troy Blinn Forderman<br>George Chun Chen<br>BRYAN CAVE LLP<br>2 N. Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>**Counsel for:**<br>**Cable System Service Inc.** | Gregory T. Spalj<br>FABYANSKE WESTRA & HART PA<br>800 Lasalle Avenue, Suite 1900<br>Minneapolis, Minnesota 55402<br>**Counsel for:**<br>**Cable System Service, Inc.** |
| 24 | Patrick J. Whalen<br>SPENCER FAN BRITT 7 BROWN LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>**Counsel for:**<br>**NPG Cable Inc.** | Fritz Byers<br>520 Madison Avenue<br>Toledo, Ohio 43604<br>**Counsel for:**<br>**Block Communications, Inc.** |

LAI-2203466v1

PROOF OF SERVICE

Clay K. Keller
Buckingham, Doolittle & Burroughs
50 South Main Street
Akron , Ohio 44308
**Counsel for:**
**Nelsonville TV Cable, Inc.**

Melissa G. Ferrario
Barry S. Goldsmith
Gary H. Nunes
Womble Carlyle Sandridge & Rice
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182
**Counsel for:**
**Nelsonville TV Cable, Inc.**

Christopher C. Fagan
FAY SHARP FAGAN MINNIH & MCKEE
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2518
**Counsel for:**
**Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC**

Stephen S. Korniczky
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, California 92130
**Counsel for:**
**Cebridge Connections**

Mark Anchor Albert
Hennigan Bennett & Dorman LLP
601 S. Figueroa Street
Suite 3300
Los Angeles, CA 90017

Adam Robert Alper
Latham and Watkins
135 Commonwealth Drive
Menlo Park, CA 94025

Jay R. Campbell
Renner Otto Boisselle & Sklar LLP
Keith Bldg.
1621 Euclid Avenue, 19th Floor
Cleveland, OH 44115

David C. Doyle
Morrison & Foerster LLP
3811 Valley Centre Dr., Ste. 500
San Diego, CA 92130

James V. Fazio
Paul Hastings Janofsky & Walker LLP
3579 Valey Centre Drive
San Diego, CA 92130

Mark c. Johnson
Renner Otto Boisselle & Sklar
19th Floor
1621 Euclid Avenue
Cleveland, OH 44115

Matthew I. Kreeger
Morrison & Ferster LLP
425 Market Street
San Francisco, CA 94105-2482

Christopher S. Marchese
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130-2081

LAI-2203466v1

5

PROOF OF SERVICE

1

2    Carl E. Myers                                David P. Pearson
     Marshall Gerstein & Borun                    Winthrop & Weinstine, PA
3    6300 Sears Tower                             225 S. 6th Ste. 3500
     233 South Wacker Drive                       Minneapolis, MN 55415
     Chicago, IL 60606
4

5    Andrew D. Raymond                            John C. Reich
     Marshall Gerstein & borun LLP                Merchant & Gould
6    6300 Sears Tower                             80 S. 8th Street
     233 South Wacker Drive                       Suite 3200
7    Chicago, IL 60606-6357                       Minneapolis, MN 55402

8
     Mark D. Schneider                            Douglas W. Sprinkle
9    Gifford Krass Groh Sprinkle Anderson &       Gifford Krass Groh Sprinkle Anderson &
     Ctkowski, P.C.                               Citkowski, P.C.
10   2701 Troy Center Drive                       2701 Troy Center Drive, Suite 330
     Suite 330                                    P.O. Box 7021
11   P.O. Box 7021                                Troy, MI 48007-7021
     Troy, MI 48007-7021
12

13   Albert L. Underhill
     Merchant & Gould
14   80 S. 8th Street
     Suite 3200
15   Minneapolis, MN 55415

16
     **VIA FEDERAL EXPRESS**
17

18   The Clerk's Office
     **Honorable James Ware**
19   United States District Court
     Northern District of California
20   San Jose Division
     280 South 1st Street
21   San Jose, CA 95113
     **Case No. C-05-01114 JW (HRL)**
22   **E-filing Chambers Copy**

23

24

25

26

27

28

LAI-2203466v1                        6                          PROOF OF SERVICE