Victor G. Savikas (State Bar No. 145658)
Kevin G. McBride (State Bar No. 195866)
Maria K. Nelson (State Bar No. 155608)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539
vgsavikas@jonesday.com
kgmcbride@jonesday.com
mknelson@jonesday.com

Tharan Gregory Lanier (State Bar No. 138784)
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025-7064
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900
tglanier@jonesday.com

Attorneys for Defendant
THE DIRECTV GROUP, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. C-05-01114 JW (HRL)<br><br>MDL No. 1665<br><br>REQUEST AND [~~XXXXXXX~~ PROPOSED] ORDER AUTHORIZING AUDIO VISUAL EQUIPMENT TO BE BROUGHT INTO COURT FOR USE AT HEARING<br><br>Hearing Dates: September 8-9, 2005<br>Hearing Time:  9:00 a.m.<br>Courtroom:     Honorable James Ware |

1   THE DIRECTV GROUP, INC. ("DIRECTV") hereby requests that the Court enter an
2   order permitting DIRECTV to bring in audio video equipment on September 7, 2005 for purposes
3   of displaying demonstratives and/or exhibits during the September 8-9, 2005 hearing.  Because of
4   the expected set-up time, DIRECTV respectfully requests access to the Court prior to the hearing
5   dates.  Specifically, DIRECTV requests that the Court permit DIRECTV to bring a projector, a
6   screen, monitors, an elmo presenter, and any necessary ancillary cables and/or wiring and/or other
7   associated equipment needed to operate the projector and other equipment for use in connection
8   with displaying the demonstratives and/or exhibits during the September 8-9, 2005 hearing.
9       IT IS HEREBY ORDERED that DIRECTV may bring into Court on September 8 & 9
10  2005 a projector, monitors, a projector, a screen, monitors, an elmo presenter, and any necessary
11  ancillary cables and/or wiring and/or other associated equipment needed to display demonstrative
12  and/or exhibits during the September 8-9, 2005 hearing.

Respectfully submitted,
JONES DAY

Dated:  September 2, 2005          _____/s/_____
                                    Charles C. Wong
                                    Attorneys for The DIRECTV GROUP, INC.

**IT IS SO ORDERED.**

Dated: _Sept. 2_____, 2005     ___/s/ James Ware_____
                                    Hon. James Ware
                                    United States District Court Judge

| | |
|---|---|
| 1 | Victor G. Savikas (State Bar No. 145658) |
| 2 | Kevin G. McBride (State Bar No. 195866)<br>Maria K. Nelson (State Bar No. 155608) |
| 3 | JONES DAY<br>555 South Flower Street |
| 4 | Fiftieth Floor<br>Los Angeles, CA 90071 |
| 5 | Telephone:    (213) 489-3939<br>Facsimile:    (213) 243-2539 |
| 6 | vgsavikas@jonesday.com<br>kgmcbride@jonesday.com |
| 7 | mknelson@jonesday.com |
| 8 | Tharan Gregory Lanier (State Bar No. 138784)<br>JONES DAY |
| 9 | 2882 Sand Hill Road, Suite 240<br>Menlo Park, CA 94025-7064 |
| 10 | Telephone:    (650) 739-3939<br>Facsimile:    (650) 739-3900 |
| 11 | tglanier@jonesday.com |
| 12 | Attorneys for Defendant<br>THE DIRECTV GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACACIA MEDIA<br>TECHNOLOGIES CORPORATION | Case No. C-05-01114 JW (HRL)<br><br>MDL No. 1665<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:  September 8, 2005<br>Hearing Time:  9:00 a.m.<br>Courtroom:    Honorable James Ware |
| AND ALL RELATED AND/OR<br>CONSOLIDATED CASE ACTIONS | |

LAI-2203222v1

1

PROOF OF SERVICE

1  I, Trisha Dolman, declare:

2  I am employed in Los Angeles County, California. I am over the age of eighteen years
3  and not a party to the within-entitled action. My business address is 555 South Flower Street, 50th
4  Floor, Los Angeles, California 90017. On September 2, 2005, I served a copy of the within
5  document(s):

6  **REQUEST AND [PROPOSED] ORDER AUTHORIZING
   AUDIO VISUAL EQUIPMENT TO BE BROUGHT INTO
7  COURT FOR USE AT HEARING**

8
9  ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. on the **attached Service List**

10 ☒ by placing the document(s) listed above in a sealed envelope with postage thereon
11    fully prepaid, in the United States mail at Los Angeles, California addressed as set forth on the **attached Service List**

12
13 ☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a
14    agent for delivery.

15 ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

16
17 I am readily familiar with the firm's practice of collection and processing correspondence
18 for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
19 day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
20 motion of the party served, service is presumed invalid if postal cancellation date or postage
21 meter date is more than one day after date of deposit for mailing in affidavit.
22 I declare under penalty of perjury under the laws of the State of California that the above
23 is true and correct.
24 Executed on September 2, 2005, at Los Angeles, California.

25
26                                                   *Trisha Dolman* (signature)
                                                      Trisha Dolman
27
28

LAI-2203222v1                          2                              PROOF OF SERVICE

## SERVICE LIST
## (BY U.S. MAIL)

| | |
|---|---|
| Alan P. Block, Esq.<br>Kevin I. Shenkman, Esq.<br>HENNIGAN, BENNETT & DORMAN LLP<br>RODERICK G. DORMAN<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017<br>**Counsel for:**<br>**Acacia Media Technologies Corporation** | Juanita R. Brooks<br>Todd G. Miller<br>FISH & RICHARDSON<br>12390 El Camino Real<br>San Diego, California 92130-02081<br>**Counsel for:**<br>**New Destiny Internet Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.** |
| Jonathan E. Singer<br>William R. Woodford<br>FISH & RICHARDSON<br>60 South Sixth Street, Suite 3300<br>Minneapolis, Minnesota 55402<br>**Counsel for:**<br>**New Destiny Internet Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Audult Entertainment Broadcast network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; innovative Ideas international; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVIS Inc,.; ACMP LLC; Cybernet Ventures Inc.** | Victor De Gyarfas<br>William J. Robinson<br>FOLEY & LARDNER<br>2029 Century Park E. 35th Floor<br>Los Angeles, California 90067<br>**Counsel for:**<br>**International Web Innovations, Inc.** |
| Gary A. Hecker<br>James Michael Slominski<br>HECKER LAW GROUP<br>1925 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>**Counsel for:**<br>**Offendale Commercial Limited BV** | Mark D. Schneider<br>GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON AND CITKOWSKI<br>280 N. Old Woodward Avenue, Ste. 400<br>Birmingham, Michigan 48009-5394<br>**Counsel for:**<br>**Askcs.com Inc.** |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dan Fingerman<br>MOUNT & STOELKER, P.C. | David Allen York<br>LATHAM & WATKINS |
| 3 | River Park tower, 17th Floor<br>333 W. San Carlos St. | 135 Commonwealth Drive<br>Menlo Park, California 94025 |
| 4 | San Jose, California 95110<br>**Counsel for:** | **Counsel for:**<br>**AP Net Marketing Inc.; ICS Inc.** |
| 5 | **Askcs.com Inc.** | |
| 6 | | |
| 7 | | |
| 8 | Rachel Krevans<br>Jason A. Crotty | Annemarie A. Daley<br>Stephen P. Safranski |
| 9 | Paul A. Friedman<br>MORRISON & FOERSTER LLP | ROBINS KAPLAN MILLER & CIRESI LLP<br>2800 LaSalle Plaza |
| 10 | 425 Market Street<br>San Francisco, California 94105-2482 | 800 LaSalle Avenue<br>Minneapolis, Minnesota 55402 |
| 11 | **Counsel for:**<br>**Echostar satellite LLC; Echostar** | **Counsel for:**<br>**Coxcom, Inc.; Hospitality Network, Inc.** |
| 12 | **Technologies Corporation; Echostar**<br>**Communications Corporation** | |
| 13 | | |
| 14 | | |
| 15 | Richard R. Patch<br>J. Timothy Nardell | Jeffrey H. Dean<br>Kevin D. Hoag |
| 16 | COBLENTZ, PATCH, DUFFY & BASS LLP<br>One Ferry Building, Ste. 200 | Bradford P. Lyerla<br>Carl E. Myers |
| 17 | San Francisco, California 94111-4213<br>**Counsel for:** | MARSHALL GERSTEIN & BORUN LLP<br>6300 Sears Tower |
| 18 | **Coxom, Inc.; Hospitality Network, Inc.** | 233 South Wacker Drive<br>Chicago, Illinois 60606 |
| 19 | | **Counsel for:**<br>**Charter Communications, Inc.; Armstrong** |
| 20 | | **Group; East Cleveland TV and**<br>**Communications LLC; Massillon Cable TV,** |
| 21 | | **Inc.; Wide Open West, LLC** |
| 22 | | |
| 23 | William R. Overend<br>Morgan D. Tovey | Daralyn J. Durie<br>Joshua H. Lerner |
| 24 | Reed Smith Crosby heafey<br>Two Embracadero Center, Suite 2000 | David J. Silbert<br>KEKER & VAN NEST LLP |
| 25 | San Francisco, California 94111<br>**Counsel for:** | 710 Sansome Street<br>San Francisco, California 94111 |
| 26 | **Charter Communications, Inc.** | **Counsel for:**<br>**Comcast Cable Communications, LLC** |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Stephen E. Taylor<br>TAYLOR & CO. LAW OFFICES, INC.<br>One Ferry Building, Suite 355 | Mitchell D. Lukin<br>BAKER BOTTS L.L.P.<br>One Shell Plaza |
| 3 | San Francisco, California 94111<br>**Counsel for:** | 910 Louisiana<br>Houston, Texas 77022<br>**Counsel for:** |
| 4 | **Mediacom Communications Corporation** | **Mediacom Communications Corporation** |
| 5 | | |
| 6 | | |
| 7 | Jeffrey D. Sullivan<br>Michael J. McNamara | Rececca Anne Bortolotti<br>John Christopher Reich |
| 8 | BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza | Albert L. Underhill<br>Merchant & Gould |
| 9 | New York, New York 10112<br>**Counsel for:** | 80 S. 8th Street, suite 3200<br>Minneapolis, Minnesota 55402 |
| 10 | **Mediacom Communications Corporation** | **Counsel for:**<br>**Arvig Communications Systems; Cannon** |
| 11 | | **Valley Communications, nc.; Loretel**<br>**Cablevision; Mid-Continent Media, nc.;** |
| 12 | | **Savage Communictions, Inc.; Sjoberg's**<br>**Cablevision, Inc.; US Cable Holdings LP** |
| 13 | | |
| 14 | Sean David Garrison<br>Robert Francis Copple | C. Mark Kittredge<br>PERKINS COIE BROWN & BAIN PA |
| 15 | LEWIS & ROCA LLP<br>40 N. Central Avenue | P.O. BOX 400<br>Phoenix, Arizona 85001-0400 |
| 16 | Phoenix Arizona 85004-4429<br>**Counsel for:** | **Counsel for:**<br>**Cable One Inc.** |
| 17 | **Cable America Corp.** | |
| 18 | | |
| 19 | Troy Blinn Forderman<br>George Chun Chen | Gregory T. Spalj<br>FABYANSKE WESTRA & HART PA |
| 20 | BRYAN CAVE LLP<br>2 N. Central Avenue, Suite 2200 | 800 Lasalle Avenue, Suite 1900<br>Minneapolis, Minnesota 55402 |
| 21 | Phoenix, Arizona 85004-4406<br>**Counsel for:** | **Counsel for:**<br>**Cable System Service, Inc.** |
| 22 | **Cable System Service Inc.** | |
| 23 | | |
| 24 | | |
| 25 | Patrick J. Whalen<br>SPENCER FAN BRITT 7 BROWN LLP | Fritz Byers<br>520 Madison Avenue |
| 26 | 1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106 | Toledo, Ohio 43604<br>**Counsel for:** |
| 27 | **Counsel for:**<br>**NPG Cable Inc.** | **Block Communications, Inc.** |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Clay K. Keller<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street | Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes |
| 4 | Akron, Ohio 44308<br>**Counsel for:** | Womble Carlyle Sandridge & Rice<br>8065 Leesburg Pike, Fourth Floor |
| 5 | **Nelsonville TV Cable, Inc.** | Tysons Corner, VA 22182<br>**Counsel for:** |
| 6 | | **Nelsonville TV Cable, Inc.** |
| 7 | | |
| 8 | Christopher C. Fagan<br>FAY SHARP FAGAN MINNIH & MCKEE | Stephen S. Korniczky<br>PAUL HASTINGS JANOFSKY & WALKER |
| 9 | 1100 Superior Avenue, Seventh Floor<br>Cleveland, Ohio 44114-2518 | LLP<br>3579 Valley Centre Drive |
| 10 | **Counsel for:**<br>**Armstrong Group; East Cleveland TV and** | San Diego, California 92130<br>**Counsel for:** |
| 11 | **Communications LLC; Massillon Cable TV,<br>Inc.; Wide Open West, LLC** | **Cebridge Connections** |
| 12 | | |
| 13 | Mark Anchor Albert<br>Hennigan Bennett & Dorman LLP | Adam Robert Alper<br>Latham and Watkins |
| 14 | 601 S. Figueroa Street<br>Suite 3300 | 135 Commonwealth Drive<br>Menlo Park, CA 94025 |
| 15 | Los Angeles, CA 90017 | |
| 16 | | |
| 17 | Jay R. Campbell<br>Renner Otto Boisselle & Sklar LLP | David C. Doyle<br>Morrison & Foerster LLP |
| 18 | Keith Bldg.<br>1621 Euclid Avenue, 19th Floor | 3811 Valley Centre Dr., Ste. 500<br>San Diego, CA 92130 |
| 19 | Cleveland, OH 44115 | |
| 20 | James V. Fazio | Mark c. Johnson |
| 21 | Paul Hastings Janofsky & Walker LLP<br>3579 Valey Centre Drive | Renner Otto Boisselle & Sklar<br>19th Floor |
| 22 | San Diego, CA 92130 | 1621 Euclid Avenue<br>Cleveland, OH 44115 |
| 23 | Matthew I. Kreeger | Christopher S. Marchese |
| 24 | Morrison & Ferster LLP<br>425 Market Street | Fish & Richardson<br>12390 El Camino Real |
| 25 | San Francisco, CA 94105-2482 | San Diego, CA 92130-2081 |
| 26 | | |
| 27 | | |
| 28 | | |

LAI-2203222v1

6

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | | |
| 2 | Carl E. Myers<br>Marshall Gerstein & Borun | David P. Pearson<br>Winthrop & Weinstine, PA |
| 3 | 6300 Sears Tower<br>233 South Wacker Drive | 225 S. 6th Ste. 3500<br>Minneapolis, MN 55415 |
| 4 | Chicago, IL 60606 | |
| 5 | Andrew D. Raymond | John C. Reich |
| 6 | Marshall Gerstein & borun LLP<br>6300 Sears Tower | Merchant & Gould<br>80 S. 8th Street |
| 7 | 233 South Wacker Drive<br>Chicago, IL 60606-6357 | Suite 3200<br>Minneapolis, MN 55402 |
| 8 | | |
| 9 | Mark D. Schneider<br>Gifford Krass Groh Sprinkle Anderson & | Douglas W. Sprinkle<br>Gifford Krass Groh Sprinkle Anderson & |
| 10 | Ctkowski, P.C.<br>2701 Troy Center Drive | Citkowski, P.C.<br>2701 Troy Center Drive, Suite 330 |
| 11 | Suite 330<br>P.O. Box 7021 | P.O. Box 7021<br>Troy, MI 48007-7021 |
| 12 | Troy, MI 48007-7021 | |
| 13 | Albert L. Underhill | |
| 14 | Merchant & Gould<br>80 S. 8th Street | |
| 15 | Suite 3200<br>Minneapolis, MN 55415 | |
| 16 | | |
| 17 | **VIA FEDERAL EXPRESS** | |
| 18 | The Clerk's Office | |
| 19 | **Honorable James Ware**<br>United States District Court | |
| 20 | Northern District of California<br>San Jose Division | |
| 21 | 280 South 1st Street<br>San Jose, CA 95113 | |
| 22 | **Case No. C-05-01114 JW (HRL)**<br>**E-filing Chambers Copy** | |
| 23 | | |