**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Acacia Media Technologies Corporation, | NO. C 05-01114 JW |
| Plaintiff, | **ORDER OF APPOINTMENT** |
| v. | |
| New Destiny Internet Group, et al., | |
| Defendant(s). / | |
| And All Related and/or Consolidated Case Actions / | |

The Court is in receipt of Magistrate Judge Howard Lloyd's Report and Recommendation pursuant to the Court's June 21, 2005 Order Clarifying the Role of the Court's Technical Advisor, Mr. Rainer Schulz. (See Report and Recommendation that the Proposed Appointment of Rainer Schulz be Modified, Docket No. 91.) Accordingly, the Court appoints Mr. Rainer Schulz as a "Technical Advisor" and adopts and modifies the Magistrate's recommendation regarding Mr. Schulz's role as follows:

1. Any advice provides to the Court by Mr. Schulz will not be based on any extra-record information;

2. From time to time, the Court may request Mr. Schulz to provide a formal written report on technical advice concerning the case. A copy of the formal written report prepared by Mr. Schulz shall be provided to the parties. However, the Court reserves the right to have informal verbal communication with Mr. Schulz which are not included in any formal written report;

2. Mr. Schulz may attend any court proceedings;

3. Mr. Schulz may review any pleadings, motions or documents submitted to the Court;

4. As a technical advisor, Mr. Schulz will make no written findings of fact and will not supply any evidence to the Court.  Thus, Mr. Schulz will be outside the purview of "expert witnesses" under FED. R. EVID. 706.  As such, the provisions in Rule 706 for depositions and questioning of expert witnesses will be inapplicable to Mr. Schulz;

5. Mr. Schulz will have no contact with any of the parties or their counsel;

6. The parties would pay the reasonable fees charged by Mr. Schulz for his service as a technical advisor to the Court.  All matters pertaining to the fees of Mr. Schulz would be referred to Magistrate Judge Lloyd;

7. Mr. Schulz shall file a declaration that he will adhere to the terms of his appointment.

Dated: September 7, 2005              /s/ James Ware
                                      JAMES WARE
                                      United States District Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan P. Block blocka@hbdlawyers.com
Annamarie A. Daley aadaley@rkmc.com
3  Bradford P. Lyerla blyerla@marshallip.com
David A. York david.york@lw.com
4  Harold J. McElhinny HmcElhinny@mofo.com
J. Timothy Nardell EfilingJTN@cpdb.com
5  James Michael Slominski jslominski@hh.com
Jan J. Klohonatz jklohonatz@tcolaw.com
6  Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
7  Jeffrey H. Dean jdean@marshallip.com
Jonathan E. Singer singer@fr.com
8  Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com
9  Kevin I. Shenkman shenkmank@hbdlawyers.com
Maria K. Nelson mknelson@jonesday.com
10  Marsha Ellen Mullin memullin@jonesday.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
11  Mitchell D. Lukin mitch.lukin@bakerbotts.com
Morgan William Tovey mtovey@reedsmith.com
12  Patrick J. Whalen pwhalen@spencerfane.com
Paul A. Friedman pafriedman@mofo.com
13  Rachel Krevans rkrevans@mofo.com
Richard R. Patch rrp@cpdb.com
14  Robert F. Copple rcopple@lrlaw.com
Roderick G. Dorman dormanr@hbdlawyers.com
15  Stephen E. Taylor staylor@tcolaw.com
Stephen P. Safranski spsafranski@rkmc.com
16  Todd Glen Miller miller@fr.com
Todd R. Tucker ttucker@rennerotto.com
17  Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
18  William J. Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
19  William R. Woodford woodford@fr.com

20

21  **Dated: September 7, 2005**                    **Richard W. Wieking, Clerk**

22                                                  **By:   /s/ JW Chambers**
                                                         **Ronald L. Davis**
23                                                       **Courtroom Deputy**

24

25

26

27

28