**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Acacia Media Technologies Corporation,<br><br>    Plaintiff,<br>  v.<br><br>New Destiny Internet Group, et al.,<br><br>    Defendant(s).<br>_____/<br>And All Related and/or Consolidated Case Actions<br>_____/ | NO. C 05-01114 JW<br><br>**DECLARATION OF RAINER SCHULZ FOLLOWING ORDER OF APPOINTMENT** |

I, Rainer Schulz, declare that I will adhere to the terms of my appointment as the Court's "Technical Advisor" in the above entitled action.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, that if called as a witness, I could competently testify thereto, and that this declaration is executed in San Jose, California on September 8, 2005.


Dated: September 8, 2005                          /s/ Rainer Schulz
                                                                    Rainer Schulz

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Alan P. Block blocka@hbdlawyers.com
Annamarie A. Daley aadaley@rkmc.com
3 Bradford P. Lyerla blyerla@marshallip.com
David A. York david.york@lw.com
4 Harold J. McElhinny HmcElhinny@mofo.com
J. Timothy Nardell EfilingJTN@cpdb.com
5 James Michael Slominski jslominski@hh.com
Jan J. Klohonatz jklohonatz@tcolaw.com
6 Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
7 Jeffrey H. Dean jdean@marshallip.com
Jonathan E. Singer singer@fr.com
8 Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com
9 Kevin I. Shenkman shenkmank@hbdlawyers.com
Maria K. Nelson mknelson@jonesday.com
10 Marsha Ellen Mullin memullin@jonesday.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
11 Mitchell D. Lukin mitch.lukin@bakerbotts.com
Morgan William Tovey mtovey@reedsmith.com
12 Patrick J. Whalen pwhalen@spencerfane.com
Paul A. Friedman pafriedman@mofo.com
13 Rachel Krevans rkrevans@mofo.com
Richard R. Patch rrp@cpdb.com
14 Robert F. Copple rcopple@lrlaw.com
Roderick G. Dorman dormanr@hbdlawyers.com
15 Stephen E. Taylor staylor@tcolaw.com
Stephen P. Safranski spsafranski@rkmc.com
16 Todd Glen Miller miller@fr.com
Todd R. Tucker ttucker@rennerotto.com
17 Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
18 William J. Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
19 William R. Woodford woodford@fr.com

20

21 **Dated: September 8, 2005**                    **Richard W. Wieking, Clerk**

22                                                **By:   /s/ JW Chambers**
                                                       **Ronald L. Davis**
23                                                     **Courtroom Deputy**

24

25

26

27

28