1  COUNSEL LISTED ON SIGNATURE PAGES
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
10

11 | In re | Case No. C-05-01114 JW |
12 | ACACIA MEDIA TECHNOLOGIES CORPORATION | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR POST-HEARING REPLY BRIEFS** |
13 | | |
14 | | Judge:    Honorable James Ware |
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    WHEREAS, on August 10, 2005, the parties entered a stipulation, subsequently signed
2 by the Court, wherein the parties agreed to file and serve post-hearing reply briefs by September
3 23, 2005;
4    WHEREAS, the parties have agreed that they require additional time to prepare their
5 post-hearing reply briefs, until September 28, 2005;
6    WHEREAS, this is the first extension of time sought by the parties; and
7    WHEREAS, the parties' request for an extension is not made for the purpose of delay;
8    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties
9 through their respective counsel of record, THAT:
10    The parties will file and serve by September 28, 2005 the post-hearing reply briefs
11 identified and described in the August 10, 2005 stipulation and order.
12    IT IS SO STIPULATED.

13  Dated: September 20, 2005          RODERICK G. DORMAN (CA SBN 96908)
                                       ALAN P. BLOCK (CA SBN 143783)
14                                     KEVIN I. SHENKMAN (CA SBN 223315)
                                       HENNIGAN, BENNETT & DORMAN LLP
15                                     601 South Figueroa Street, Suite 3300
                                       Los Angeles, CA 90017
16

17

18                                     By:            /s/  Alan P. Block

19
                                       Attorneys for Plaintiff
20                                     ACACIA MEDIA TECHNOLOGIES
                                       CORPORATION
21

22

23

24

25

26

27

28
                                        1
STIPULATION AND [PROPOSED] ORDER RE BRIEFING
SCHEDULE FOR POST-HEARING REPLY BRIEFS
CASE NO. C-05-01114 JW

Dated: August __, 2005

VICTOR G. SAVIKAS (CA SBN 145658)
KEVIN G. McBRIDE (CA SBN 195866)
MARSHA E. MULLIN (CA SBN 93709)
MARIA K. NELSON (CA SBN 155608)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025


By:        /s/  Victor G. Savikas
     Victor G. Savikas

Attorneys for Defendant
THE DIRECTV GROUP, INC.

Dated: August __, 2005

HAROLD J. McELHINNY (CA SBN 66781)
RACHEL KREVANS (CA SBN 116421)
PAUL A. FRIEDMAN. (CA SBN 208920)
JASON A. CROTTY (CA SBN 196036)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

DAVID C. DOYLE (CA SBN 70690)
MORRISON & FOERSTER LLP
3811 Valley Centre Dr., Suite. 500
San Diego, California 92130


By:        /s/ Mathew Kreeger
     Harold J. McElhinny

Attorneys for Defendants
ECHOSTAR SATELLITE LLC and ECHOSTAR TECHNOLOGIES CORPORATION

| | | |
|---|---|---|
| Dated: August __, 2005 | | DARALYN J. DURIE (CA SBN 169825)<br>DAVID J. SILBERT (CA SBN 173128)<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, California 94111-1704 |

By: _____/s/ David Silbert_____
       David Silbert

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC

Dated: September 20, 2005        ANNAMARIE A. DALEY (*pro hac vice*)
       TARA D. SUTTON (*pro hac vice*)
       STEPHEN P. SAFRANSKI (*pro hac vice*)
       ROBINS, KAPLAN, MILLER & CIRESI LLP
       2800 LaSalle Plaza, 800 LaSalle Avenue
       Minneapolis, Minnesota 55402

       RICHARD R. PATCH (CA SBN 88049)
       J. TIMOTHY NARDELL (CA SBN 184444)
       COBLENTZ, PATCH, DUFFY & BASS, LLP
       One Ferry Building, Suite 200
       San Francisco, California 94111-4213


By: _____/s/ Annamarie A. Daley_____
       Annamarie A. Daley

Attorneys for Defendants
COXCOM, INC. and HOSPITALITY NETWORK, INC.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2005 | BRADFORD LYERLA (*pro hac vice* app. pending) |
| 2 | | KEVIN HOGG (*pro hac vice* app. pending) |
| | | JEFFREY DEAN (*pro hac vice* app. pending) |
| 3 | | MARSHALL, GERSTEIN & BORUN LLP |
| | | 6300 Sears Tower |
| 4 | | 233 South Wacker Drive |
| | | Chicago, Illinois 60606-6357 |

MORGAN W. TOVEY (CA SBN 136242)
WILLIAM R. OVEREND (CA SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111


By:  /s/ Jeffrey Dean
        Jeffrey Dean

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC., WIDE OPEN WEST, ARMSTRONG UTILITIES, MASSILON CABLE TV, INC., EAST CLEVELAND CABLE TV, MID-CONTINENT MEDIA, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG CABLE, LORETEL SYSTEMS, INC., NPG CABLE, INC.


DATED: September 20, 2005

REBECCA ANNE BORTOLOTTI
JOHN CHRITOPHER REICH
ALBERT L. UNDERHILL
MERCHANT & GOULD
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402


By_____
     Rebecca Anne Bortolotti

Attorneys for Defendants
MID-CONTINENT MEDIA, INC., SAVAGE COMMUNICATIONS, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG'S CABLE, LORETEL SYSTEMS, INC.,

| | |
|---|---|
| DATED:  September 20, 2005 | JUANITA R. BROOKS<br>TODD G. MILLER<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130-2081<br><br>By_____/s/ Todd R. Miller_____<br>    Todd R. Miller<br><br>Attorneys for Defendants<br>NEW DESTINY INTERNET GROUP, L.L.C.,<br>AUDIO COMMUNICATIONS, INC., VS MEDIA,<br>INC., ADEMIA MULTIMEDIA, LLC,<br>CYBERHEAT, INC., AEBN, INC., LIGHTSPEED<br>MEDIA CORPORATION, INNOVATIVE IDEAS<br>INTERNATIONAL, LTD., GAME LINK, INC.,<br>AND CYBERTREND, INC. |
| DATED:  September 20, 2005 | JONATHAN E. SINGER<br>WILLIAM R. WOODFORD<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street, Suite 3300<br>Minneapolis, Minnesota 55402<br><br>By_____<br>    Jonathan E. Singer<br><br>Attorneys for Defendants<br>NEW DESTINY INTERNET GROUP, L.L.C.,<br>AUDIO COMMUNICATIONS, INC., VS MEDIA,<br>INC., ADEMIA MULTIMEDIA, LLC,<br>CYBERHEAT, INC., AEBN, INC., LIGHTSPEED<br>MEDIA CORPORATION, INNOVATIVE IDEAS<br>INTERNATIONAL, LTD., GAME LINK, INC.,<br>AND CYBERTREND, INC. |
| DATED:  September 20, 2005 | WILLIAM J. ROBINSON<br>VICTOR DE GYARFAS<br>FOLEY & LARDNER<br>2029 Century Park East, 35th Floor<br>Los Angeles, California 90067<br><br>By_____/s/ Victor de Gyarfas_____<br>    Victor de Gyarfas<br><br>Attorneys for Defendants<br>International Web Innovations, Inc. and<br>OFFENDALE COMMERICAL LIMITED BV |

| | |
|---|---|
| DATED: September 20, 2005 | DOUGLAS W. SPRINKLE<br>MARK D. SCHNEIDER<br>GIFFORD, KRASS, GROH, SPRINKLE,<br>ANDERSON & CITKOWSKI, P.C.<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009-5394<br><br>ALFREDO A. BISMONTE<br>BOBBY T. SHIH<br>MOUNT & STOELKER, P.C.<br>333 W. San Carlos St., 17th Floor<br>San Jose, California 95110-2740<br><br>By_____/s/ Bobby T. Shih_____<br>    Bobby T. Shih<br><br>Attorneys for Defendant<br>ASKCS.COM, INC. |
| DATED: September 20, 2005 | GARY A. HECKER<br>JAMES M. SLOMINSKI<br>THE HECKER LAW GROUP<br>1925 Century Park East, Suite 2300<br>Los Angeles, California 90067<br><br>By_____/s/ James M. Slominski_____<br>    James M. Slominski<br><br>Attorneys for Defendant<br>OFFENDALE COMMERCIAL BV, LTD. |
| DATED: September 20, 2005 | DAVID A. YORK<br>LATHAM & WATKINS<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br><br>By_____/s/ David A. York_____<br>    David A. York<br><br>Attorneys for Defendants<br>ICS, Inc. and AP Net Marketing, Inc. |

| | | |
|---|---|---|
| 1 | DATED:  September 20, 2005 | MITCHELL D. LUKIN<br>BAKER BOTTS LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77022 |

JEFFREY D. SULLIVAN
MICHAEL J. MCNAMARA
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112

STEPHEN E. TAYLOR
TAYLOR & CO. LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111


By_____/s/ Mitchell D. Lukin_____
         Mitchell D. Lukin

Attorneys for Defendant
MEDIACOM COMMUNICATIONS
CORPORATION

DATED:  September 20, 2005         SEAN DAVID GARRISON
                                   ROBERT FRANCIS COPPLE
                                   LEWIS & ROCA LLP
                                   40 N. Central Avenue
                                   Phoenix, Arizona 85004-4429


By_____/s/ Sean David Garrison_____
         Sean David Garrison

Attorneys for Defendant
CABLE AMERICA CORP.

DATED:  September 20, 2005         C. MARK KITTREDGE
                                   PERKINS COIE BROWN & BAIN PA
                                   P.O. Box 400
                                   Phoenix, Arizona 85001-0400


By_____
         C. Mark Kittredge

Attorneys for Defendants
CABLE ONE INC.

7
STIPULATION AND [PROPOSED] ORDER RE BRIEFING
SCHEDULE FOR POST-HEARING REPLY BRIEFS
CASE NO. C-05-01114 JW

| | | |
|---|---|---|
| 1 | DATED:  September 20, 2005 | PATRICK J. WHALEN<br>SPENCER FAN BRITT & BROWN LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106 |

By_____
    Patrick J. Whalen

Attorneys for Defendants
NPG CABLE INC.

DATED:  September 20, 2005          FRITZ BYERS
                                            520 Madison Avenue
                                            Toledo, Ohio 43604

By_____
    Fritz Byers

Attorneys for Defendants
BLOCK COMMUNICATIONS, INC.

DATED:  September 20, 2005          CHRISTOPHER B. FAGAN
                                            FAY SHARPE FAGAN MINNICH & MCKEE
                                            1100 Superior Avenue, Seventh Floor
                                            Cleveland, Ohio 44114-2518

By_____
    Christopher B. Fagan

Attorneys for Defendants
ARMSTRONG GROUP; EAST CLEVELAND TV AND COMMUNICATIONS LLC; MASSILLON CABLE TV, INC.; WIDE OPEN WEST, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/29/05                              By: _____
                                                    JAMES WARE
                                                    UNITED STATES DISTRICT JUDGE