IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Acacia Media Technologies Corp. | NO. C 05-01114 JW |
| | **ORDER GRANTING DEFENDANTS' REQUEST FOR ADDITIONAL TIME FOR CLAIM CONSTRUCTION HEARING** |

On May 15, 2006, the Court received a letter from counsel for Defendants Comcast Cable Communications and Insight Communications, writing on behalf of all other Defendants, requesting additional time for claim construction hearing than what has been allotted by the Court. In light of the addition of the two New York Defendants, and the representation that 49 terms have been identified to require construction, the Court finds it reasonable to extend the hearing. To accommodate this request with the Court's own calendar, the Court vacates the June 9, 2006 hearing. The new hearing dates are:

**June 14, 2006** from 9 am - 12 noon and 1 pm - 4 pm

**June 15, 2006** from 10 am - 12 noon and 1 pm - 4 pm

Dated: May 23, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Alan P. Block blocka@hbdlawyers.com
Alfredo A. Bismonte abismonte@mount.com
Annamarie A. Daley aadaley@rkmc.com
Benjamin Hershkowitz bhershkowitz@goodwinprocter.com
Bobby T. Shih bshih@mount.com
Bradford P. Lyerla blyerla@marshallip.com
Daniel Reisner dreisner@kayescholer.com
Daniel E. Jackson dej@kvn.com
Daniel Harlan Fingerman dfingerman@mount.com
Daralyn J. Durie ddurie@kvn.com
David Benyacar dbenyacar@kayescholer.com
David A. York david.york@lw.com
David J. Silbert djs@kvn.com
David P. Pearson dpearson@winthrop.com
Emmett J. McMahon ejmcmahon@rkmc.com
Harold J. McElhinny HmcElhinny@mofo.com
J. Timothy Nardell EfilingJTN@cpdb.com
James Michael Slominski jslominski@hh.com
Jan J. Klohonatz jklohonatz@tcolaw.com
Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
Jeffrey H. Dean jdean@marshallip.com
Jonathan E. Singer singer@fr.com
Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com
Kevin G. McBride kgmcbride@jonesday.com
Kevin I. Shenkman shenkmank@hbdlawyers.com
Maria K. Nelson mknelson@jonesday.com
Marsha Ellen Mullin memullin@jonesday.com
Matthew I. Kreeger mkreeger@mofo.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
Mitchell D. Lukin mitch.lukin@bakerbotts.com
Morgan William Tovey mtovey@reedsmith.com
Patrick J. Whalen pwhalen@spencerfane.com
Paul A. Friedman pafriedman@mofo.com
Rachel Krevans rkrevans@mofo.com
Richard R. Patch rrp@cpdb.com
Roderick G. Dorman dormanr@hbdlawyers.com
Sean David Garrison sgarrison@lrlaw.com
Stephen E. Taylor staylor@tcolaw.com
Stephen P. Safranski spsafranski@rkmc.com
Todd Glen Miller miller@fr.com
Todd R. Tucker ttucker@rennerotto.com
Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
William J. Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

**Dated: May 23, 2006**                              **Richard W. Wieking, Clerk**
                                                     **By:   /s/ JW Chambers**
                                                              **Melissa Peralta**
                                                              **Courtroom Deputy**

2