

1  COUNSEL LISTED ON SIGNATURE PAGES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05 CV 01114 JW<br>MDL No. 1665<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER EXTENDING THE DATE FOR<br>ACACIA TO FILE CONSTRUCTION<br>REPLY BRIEF FOR '992 AND '275<br>PATENTS TO MAY 24, 2006**<br><br>DATE:   June 9, 2006<br>TIME:   10:00 A.M.<br>CTRM:   Hon. James Ware |

Pursuant to the scheduling worksheet agreed to in connection with the claim construction hearing on the '992 and '275 patents now scheduled for June 9, 2006, Plaintiff Acacia was required to file their reply brief on May 19, 2006;

WHEREAS Acacia requests an extension of time to prepare their reply brief, and the undersigned defendants have agreed to an extension to May 24, 2006; and

WHEREAS Acacia's request for an extension is not made for the purpose of delay;

WHEREAS an order extending the time for Acacia to file the reply brief up to and including May 24, 2006, will have no effect on the schedule for this case;

-1-

CASE NO. 05-CV-01114 JW
MDL NO. 1665

JOINT STIPULATION AND [PROPOSED] ORDER

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree that the date for filing Acacia's reply brief shall be extended to May 24, 2006.

IT IS SO STIPULATED.

Dated: May 19, 2006

RODERICK G. DORMAN (CA SBN 96908)
ALAN P. BLOCK (CA SBN 143783)
KEVIN I. SHENKMAN (CA SBN 223315)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017


BY:_____/S/_____
           Alan P. Block

ATTORNEYS FOR PLAINTIFF
ACACIA MEDIA TECHNOLOGIES
CORPORATION

Dated: May 19, 2006

VICTOR G. SAVIKAS (CA SBN 145658)
KEVIN G. McBRIDE (CA SBN 195866)
MARSHA E. MULLIN (CA SBN 93709)
MARIA K. NELSON (CA SBN 155608)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025


By:_____/S/_____
           Victor G. Savikas
Attorneys for Defendant
THE DIRECTV GROUP, INC.

-2-

| | |
|---|---|
| Dated: May 19, 2006 | HAROLD J. McELHINNY (CA SBN 66781)<br>RACHEL KREVANS (CA SBN 116421)<br>MATTHEW I. KREEGER (CA SBN 153793)<br>JASON A. CROTTY (CA SBN 196036)<br>DAVID M. HYMAS (CA SBN 226202)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br><br>By:          /S/<br>          Jason Crotty<br><br>Attorneys for Defendants<br>ECHOSTAR SATELLITE LLC and ECHOSTAR TECHNOLOGIES CORPORATION |
| Dated: May 19, 2006 | DARALYN J. DURIE (CA SBN 169825)<br>DAVID J. SILBERT (CA SBN 173128)<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, California 94111-1704<br><br>By:          /S/<br>          Daralyn J. Durie<br><br>Attorneys for Defendant<br>COMCAST CABLE COMMUNICATIONS, LLC and INSIGHT COMMUNICATIONS, INC. |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Dated: May 19, 2006 | ANNAMARIE A. DALEY (*pro hac vice*)<br>TARA D. SUTTON (*pro hac vice*)<br>STEPHEN P. SAFRANSKI (*pro hac vice*)<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>2800 LaSalle Plaza, 800 LaSalle Avenue<br>Minneapolis, Minnesota 55402<br><br>RICHARD R. PATCH (CA SBN 88049)<br>J. TIMOTHY NARDELL (CA SBN 184444)<br>COBLENTZ, PATCH, DUFFY & BASS, LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br><br>By: _____<br>     Annamarie A. Daley<br><br>Attorneys for Defendants<br>COXCOM, INC. and HOSPITALITY NETWORK, INC. |

-4-

| | | |
|---|---|---|
| 1 | Dated: May 19, 2006 | BRADFORD LYERLA (*pro hac vice* app. pending) |
| 2 | | KEVIN HOGG (*pro hac vice* app. pending) |
| | | JEFFREY DEAN (*pro hac vice* app. pending) |
| 3 | | MARSHALL, GERSTEIN & BORUN LLP |
| | | 6300 Sears Tower |
| 4 | | 233 South Wacker Drive |
| | | Chicago, Illinois 60606-6357 |

MORGAN W. TOVEY (CA SBN 136242)
WILLIAM R. OVEREND (CA SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111


By:_____
          Jeffrey Dean

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC., WIDE OPEN WEST, ARMSTRONG UTILITIES, MASSILON CABLE TV, INC., EAST CLEVELAND CABLE TV, MID-CONTINENT MEDIA, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG CABLE, LORETEL SYSTEMS, INC., NPG CABLE, INC.


DATED: May 19, 2006

REBECCA ANNE BORTOLOTTI
JOHN CHRITOPHER REICH
ALBERT L. UNDERHILL
MERCHANT & GOULD
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402


By_____
          Rebecca Anne Bortolotti

Attorneys for Defendants
MID-CONTINENT MEDIA, INC., SAVAGE COMMUNICATIONS, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG'S CABLE, LORETEL SYSTEMS, INC.,

-5-

| | |
|---|---|
| DATED:  May 19, 2006 | JUANITA R. BROOKS<br>TODD G. MILLER<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130-2081<br><br>By_____/S/_____<br>            Todd G. Miller<br><br>Attorneys for Defendants<br>ADEMIA MULTIMEDIA LLC, ACMP, LLC, AEBN, INC., AUDIO COMMUNICATIONS, INC., CLUB JENNA, INC., CYBER TREND, INC., CYBERNET VENTURES, INC., GAME LINK, INC., GLOBAL AVS, INC., INNOVATIVE IDEAS INTERNATIONAL, LIGHTSPEED MEDIA GROUP, INC., NATIONAL A-1 ADVERTISING, INC., NEW DESTINY INTERNET GROUP LLC; VS MEDIA, INC. |
| DATED:  May 19, 2006 | WILLIAM J. ROBINSON<br>VICTOR DE GYARFAS<br>FOLEY & LARDNER<br>2029 Century Park East, 35th Floor<br>Los Angeles, California 90067<br><br>By_____/S/_____<br>            Victor de Gyarfas<br><br>Attorneys for Defendants<br>INTERNATIONAL WEB INNOVATIONS, INC. |

-6-

CASE NO. 05-CV-01114 JW
MDL NO. 1665

JOINT STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: May 19, 2006 | DOUGLAS W. SPRINKLE<br>MARK D. SCHNEIDER |
| 2 | | GIFFORD, KRASS, GROH, SPRINKLE,<br>ANDERSON & CITKOWSKI, P.C. |
| 3 | | 280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009-5394 |

ALFREDO A. BISMONTE
BOBBY T. SHIH
MOUNT & STOELKER, P.C.
333 W. San Carlos St., 17th Floor
San Jose, California 95110-2740

By_____/S/_____
    Bobby T. Shih

Attorneys for Defendant
ASKCS.COM, INC.

DATED: May 19, 2006

GARY A. HECKER
JAMES M. SLOMINSKI
THE HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, California 90067

By_____/S/_____
    James M. Slominski

Attorneys for Defendant
OFFENDALE COMMERCIAL BV, LTD.

DATED: May 19, 2006

DAVID A. YORK
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, California 94025

By_____
    David A. York

Attorneys for Defendants
ICS, Inc. and AP Net Marketing, Inc.

-7-

| | | |
|---|---|---|
| 1 | DATED: May 19, 2006 | MITCHELL D. LUKIN |
| 2 | | BAKER BOTTS L.L.P. |
| | | One Shell Plaza |
| 3 | | 910 Louisiana |
| | | Houston, Texas 77002 |

JEFFREY D. SULLIVAN
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112

STEPHEN E. TAYLOR
TAYLOR & CO. LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111


By_____/S/_____
            Mitchell D. Lukin

Attorneys for Defendant
MEDIACOM COMMUNICATIONS
CORPORATION and CEQUEL III
COMMUNICATIONS I, LLC (dba CEBRIDGE
CONNECTIONS)

DATED:  May 19, 2006

SEAN DAVID GARRISON
LEWIS & ROCA LLP
40 N. Central Avenue
Phoenix, Arizona 85004-4429


By_____
            Sean David Garrison

Attorneys for Defendant
CABLE AMERICA, INC.

-8-

CASE NO. 05-CV-01114 JW
MDL NO. 1665

JOINT STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| DATED: May 19, 2006 | MITCHELL D. LUKIN<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77002<br><br>By_____/S/_____<br>Mitchell D. Lukin<br><br>Attorneys for Defendants<br>CABLE ONE INC. and BRESNAN COMMUNICATIONS |

-9-

1  DATED: May 19, 2006         PATRICK J. WHALEN
                               SPENCER FAN BRITT & BROWN LLP
2                              1000 Walnut Street, Suite 1400
                               Kansas City, Missouri 64106
3

4

5                              By_____
                                       Patrick J. Whalen
6
                               Attorneys for Defendants
7                              NPG CABLE INC.

8  DATED: May 19, 2006         FRITZ BYERS
                               520 Madison Avenue
9                              Toledo, Ohio 43604

10

11

12                             By_____
                                       Fritz Byers
13
                               Attorneys for Defendants
14                             BLOCK COMMUNICATIONS, INC.

15 DATED: May 19, 2006         CHRISTOPHER B. FAGAN
                               FAY SHARPE FAGAN MINNICH & MCKEE
16                             1100 Superior Avenue, Seventh Floor
                               Cleveland, Ohio 44114-2518
17

18

19                             By_____
                                       Christopher B. Fagan
20
                               Attorneys for Defendants
21                             ARMSTRONG GROUP; EAST CLEVELAND TV
                               AND COMMUNICATIONS LLC; MASSILLON
22                             CABLE TV, INC.; WIDE OPEN WEST, LLC.

23

24

25

26

27

28                                    -10-

CASE NO. 05-CV-01114 JW                          JOINT STIPULATION AND [PROPOSED] ORDER
MDL NO. 1665

| | | |
|---|---|---|
| 1 | DATED:  May 19, 2006 | DAVID S. BENYACAR |
| 2 | | DANIEL REISNER |
| | | KAYE SCHOLER LLP |
| 3 | | 425 Park Avenue |
| | | New York, NY 10022-3598 |

By_____/S/_____
　　　　　　David S. Benyacar

Attorneys for Defendant
TIME WARNER CABLE, INC.

DATED:  May 19, 2006　　　　BENJAMIN HERSHKOWITZ
　　　　　　　　　　　　　　JOHN PETRSORIC
　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　New York, NY 10022

By_____/S/_____
　　　　　　Benjamin Hershkowitz

Attorneys for Defendant
CSC HOLDINGS, INC.

PURSUANT TO STIPLUATION, IT IS HEREBY ORDERED.

Date: May 24, 2006_____, 2006　　_____
　　　　　　　　　　　　　　　　　　Honorable James Ware
　　　　　　　　　　　　　　　　　　United States District Court Judge

-11-

CASE NO. 05-CV-01114 JW　　　　　　　　　　　　　JOINT STIPULATION AND [PROPOSED] ORDER
MDL NO. 1665

**PROOF OF SERVICE-UNITED STATES DISTRICT COURT**

STATE OF CALIFORNIA,      )
                          ) SS.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

On **May 19, 2006**, I served a copy of the within document(s) described as **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR ACACIA TO FILE CONSTRUCTION REPLY BRIEF FOR '992 AND '275 PATENTS TO MAY 24, 2006** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document(s) on this date, addressed as set forth on the attached Service List.

The above-described document was also transmitted to the parties indicated below, by Federal Express only.

| |
|---|
| Chambers of the Honorable James Ware<br>Attn:  Regarding Acacia Litigation<br>280 South First Street<br>San Jose, CA  95113<br>***3 copies*** |

I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

Executed on **May 19, 2006**, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                        /S/ Carol S. Yuson
                                         Carol S. Yuson

-12-

CASE NO. 05-CV-01114 JW                    JOINT STIPULATION AND [PROPOSED] ORDER
MDL NO. 1665

**SERVICE LIST**

| | |
|---|---|
| Juanita R. Brooks<br>Todd G. Miller<br>Fish & Richardson<br>12390 El Camino Real<br>San Diego, California 92130-2081<br>*Counsel for:*<br>***ACMP LLC;Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Adult Revenue Services; Audio Communications; CJ Inc.; Club Jenna Inc.; Cyber Trend Inc.; Cybernet Ventures Inc.; Game Link Inc.; Global AVS Inc.; Innovative Ideas International; Lightspeedcash; National A-1 Advertising Inc.; New Destiny Internet Group LLC; VS Media Inc.*** | Jonathan E. Singer<br>William R. Woodford<br>Fish & Richardson<br>60 South Sixth Street, Suite 3300<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***ACMP LLC;Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Adult Revenue Services; Audio Communications; CJ Inc.; Club Jenna Inc.; Cyber Trend Inc.; Cybernet Ventures Inc.; Game Link Inc.; Global AVS Inc.; Innovative Ideas International; Lightspeedcash; National A-1 Advertising Inc.; New Destiny Internet Group LLC; VS Media Inc.*** |
| Victor De Gyarfas<br>William J. Robinson<br>Foley & Lardner<br>2029 Century Park E, 35th Floor<br>Los Angeles, California 90067<br>*Counsel for:*<br>***International Web Innovations, Inc.*** | Gary A. Hecker<br>James Michael Slominski<br>Hecker Law Group<br>1925 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>*Counsel for:*<br>***Offendale Commercial Limited BV*** |
| Mark D. Schneider<br>Gifford, Krass, Groh, Sprinkle, Anderson<br>   and Citkowski<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009-5394<br>*Counsel for:*<br>***Askcs.com Inc.*** | Alfredo A. Bismonte<br>Daniel H. Fingerman<br>Bobby T. Shih<br>Mount & Stoelker, P.C.<br>River Park Tower, 17th Floor<br>333 W. San Carlos St.<br>San Jose, CA 95110<br>*Counsel for:*<br>***Askcs.com Inc.*** |
| Adam Robert Alper<br>David Allen York<br>Latham & Watkins<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>*Counsel for:*<br>***AP Net Marketing Inc.; ICS Inc.*** | Rachel Krevans<br>Jason A. Crotty<br>Paul A. Friedman<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>*Counsel for:*<br>***Satellite LLC; Echostar Technologies Corporation; Echostar Communications Corporation*** |
| David C. Doyle<br>Morrison & Foerster LLP<br>3811 Valley Centre Dr., Suite 500<br>San Diego, California 92130<br>*Counsel for:*<br>***Echostar Technologies Corporation*** | |

-13-

CASE NO. 05-CV-01114 JW
MDL NO. 1665

JOINT STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Annemarie A. Daley<br>Stephen P. Safranski<br>Robins Kaplan Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Coxcom, Inc.; Hospitality Network, Inc.*** | Richard R. Patch<br>J. Timothy Nardell<br>Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>*Counsel for:*<br>***Coxcom, Inc.; Hospitality Network, Inc.*** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Jeffrey H. Dean<br>Kevin D. Hogg<br>Bradford P. Lyerla<br>Carl E. Myers<br>Marshall Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>*Counsel for:*<br>***Armstrong Group; Arvig Communication Systems; Charter Communications, Inc.; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West LLC*** | William R. Overend<br>Morgan D. Tovey<br>Reed Smith Crosby Heafey<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California 94111<br>*Counsel for:*<br>***Charter Communications, Inc.*** |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Daralyn J. Durie<br>Joshua H. Lerner<br>David J. Silbert<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California 94111<br>*Counsel for:*<br>***Comcast Cable Communications, LLC; Insight Communications, Inc.*** | Victor G. Savikas<br>Kevin G. McBride<br>Maria K. Nelson<br>Marsha E. Mullin<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, California 90071<br>*Counsel for:*<br>***DirecTV Group, Inc.*** |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Stephen E. Taylor<br>Jan J. Klohonatz<br>Taylor & Co. Law Offices, Inc.<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>*Counsel for:*<br>***Mediacom Communications Corporation*** | Mitchell D. Lukin<br>Baker Botts L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77022<br>*Counsel for:*<br>***Mediacom Communications Corporation; Bresnan Communications*** |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Jeffrey D. Sullivan<br>Michael J. McNamara<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>*Counsel for:*<br>***Mediacom Communications Corporation; Bresnan Communications*** | Rebecca Anne Bortolotti<br>John Christopher Reich<br>Albert L. Underhill<br>Merchant & Gould<br>80 S. 8th Street, Suite 3200<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Arvig Communications Systems; Cannon Valley Communications, Inc.; Loretel Cablevision; Mid-Continent Media, Inc.; Savage Communications, Inc.; Sjoberg's Cablevision, Inc.; US Cable Holdings LP*** |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-14-

CASE NO. 05-CV-01114 JW                                              JOINT STIPULATION AND [PROPOSED] ORDER
MDL NO. 1665

| | |
|---|---|
| Sean David Garrison<br>Robert Francis Copple<br>Lewis & Roca LLP<br>40 N. Central Avenue<br>Phoenix, Arizona 85004-4429<br>*Counsel for:*<br>*Cable America Corp.* | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA<br>P.O. Box 400<br>Phoenix, Arizona 85001-0400<br>*Counsel for:*<br>*Cable One Inc.* |
| Troy Blinn Forderman<br>George Chun Chen<br>Bryan Cave LLP<br>2 N. Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>*Counsel for:*<br>*Cable System Service Inc.* | Gregory T. Spalj<br>Fabyanske Westra & Hart PA<br>800 LaSalle Avenue, Suite 1900<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>*Cable System Service, Inc.* |
| Patrick J. Whalen<br>Spencer Fan Britt & Brown LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>*Counsel for:*<br>*NPG Cable Inc.* | Fritz Byers<br>824 Spitzer Bulding<br>520 Madison Avenue<br>Toledo, Ohio 43604<br>*Counsel for:*<br>*Block Communications, Inc.* |
| Clay K. Keller<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>Akron, Ohio 44308<br>*Counsel for:*<br>*Nelsonville TV Cable, Inc.* | Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes<br>Womble Carlyle Sandridge & Rice<br>8065 Leesburg Pike, Fourth Floor<br>Tysons Corner, VA 22182<br>*Counsel for:*<br>*Nelsonville TV Cable, Inc.* |
| Christopher B. Fagan<br>Fay Sharpe Fagan Minnich & McKee<br>1100 Superior Avenue, Seventh Floor<br>Cleveland, Ohio 44114-2518<br>*Counsel for:*<br>*Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC* | Stephen S. Korniczky<br>James V. Fazio<br>Paul Hastings Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>*Counsel for:*<br>*Cebridge Connections* |
| Benjamin Hershkowitz<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>*Counsel for:*<br>*CSC Holdings, Inc.* | David S. Benyacar<br>Daniel Reisner<br>Kaye Scholar LLP<br>425 Park Avenue<br>New York, NY 10022<br>*Counsel for:*<br>*Time Warner Cable, Inc.* |

549022v1

-15-

CASE NO. 05-CV-01114 JW
MDL NO. 1665

JOINT STIPULATION AND [PROPOSED] ORDER

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA