```
 1  Morgan W. Tovey (SBN 136242)
    William R. Overend (SBN 180209)
 2  REED SMITH LLP
    Two Embarcadero Center, Suite 2000
 3  San Francisco, CA 94111-3922

 4  **Mailing Address:**
    P.O. Box 7936
 5  San Francisco, CA 94120-7936

 6  Telephone:   415.543.8700
    Facsimile:   415.391.8269
 7
    Bradford P. Lyerla (*pro hac vice*)
 8  Kevin D. Hogg (*pro hac vice*)
    Jeffrey H. Dean (*pro hac vice*)
 9  Gregory E. Stanton (SBN 203495)
    MARSHALL, GERSTEIN & BORUN LLP
10  6300 Sears Tower
    233 South Wacker Drive
11  Chicago, IL 60606-6357
    Telephone:   312.474.6300
12  Facsimile:   312.474.0448

13  Attorneys for Defendant
    Block Communications, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION, | No.: 05 CV 01114 JW (HRL)<br>MDL No. 1665<br>Specific Case No. 05-CV-01565 JW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL BY BLOCK COMMUNICATIONS, INC. AND [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendant Block Communications, Inc., d.b.a. "Buckeye Cable" ("Block") hereby substitutes the law firms Reed Smith LLP and Marshall Gerstein & Borun LLP in place of Fritz Byers, Esq. in these proceedings. Block respectfully requests that the

No.: 05 CV 01114 JW (HRL)
MDL No. 1665
Specific Case No. 05-CV-01565 JW                      – 1 –                         DOCSSFO-12444606.1

NOTICE OF SUBSTITUTION OF COUNSEL BY BLOCK COMMUNICATIONS, INC. AND PROPOSED ORDER
CASE NO. 05-01114 JW (HRL)

necessary changes be made to the service list and the Court's records, and that all future communications regarding this case be directed as follows:

1. Local counsel:

    Morgan W. Tovey (SBN 136242)
    William Ross Overend (SBN 180209)
    REED SMITH LLP
    Two Embarcadero Center, Suite 2000
    San Francisco, CA 94111-3922

    **Mailing Address:**
    P.O. Box 7936
    San Francisco, CA 94120-7936

    Telephone:  415.543.8700
    Facsimile:   415.391.8269

2. Lead counsel:

    Bradford P. Lyerla (*pro hac vice*)
    Kevin D. Hogg (*pro hac vice*)
    Jeffrey H. Dean (*pro hac vice*)
    Gregory E. Stanton (SBN 203495)
    MARSHALL, GERSTEIN & BORUN LLP
    6300 Sears Tower
    233 South Wacker Drive
    Chicago, IL 60606-6357
    Telephone:  312.474.6300
    Facsimile:   312.474.0448

Block hereby consents to this Substitution of Attorneys.

DATED: July ___, 2006.

                            BLOCK COMMUNICATIONS, INC.

                            By _/s/ Ronald L. Francis_
                                Ronald L. Francis
                                General Counsel

1  Fritz Byers, Esq. hereby consents to this Substitution of Attorneys.
2  DATED: July ___, 2006.
3                                          FRITZ BYERS
4
5                                          By /s/ Fritz Byers
                                           Fritz Byers
6                                          Attorneys for Defendant
                                           Block Communications, Inc.
7  Reed Smith LLP hereby accepts this Substitution of Attorneys.
8
9  DATED: July 10, 2006.
10                                         REED SMITH LLP
11
12                                         By /s/ William R. Overend
                                           William R. Overend
13                                         Attorneys for Defendant
                                           Block Communications, Inc.
14
   Marshall Gerstein & Borun LLP hereby accepts this Substitution of Attorneys.
15
16 DATED: July 10, 2006.
17                                         MARSHALL GERSTEIN & BORUN LLP
18
19                                         By /s/ Bradford P. Lyerla
                                           Bradford P. Lyerla
20                                         Attorneys for Defendant
                                           Block Communications, Inc.
21
22                                         **ORDER**
23 IT IS SO ORDERED.
24 DATED: July 17, 2006.
25                                         By /s/ James Ware
26                                         James Ware
                                           United States District Judge
27
28 No.: 05 CV 01114 JW (HRL)
   MDL No. 1665
   Specific Case No. 05-CV-01565 JW          — 3 —

NOTICE OF SUBSTITUTION OF COUNSEL BY BLOCK COMMUNICATIONS, INC. AND PROPOSED ORDER
CASE NO. 05-01114 JW (HRL)