**HENNIGAN, BENNETT & DORMAN LLP**
**RODERICK G. DORMAN (SBN 96908)**
**ALAN P. BLOCK (SBN 143783)**
**KEVIN SHENKMAN (SBN 223315)**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017**
**Phone: (213) 694-1200**
**Fax: (213) 694-1234**
dormanr@hbdlawyers.com
blocka@hbdlawyers.com
shenkmank@hbdlawyers.com

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 05 CV 01114 JW |
| | MDL No. 1665 |
| ACACIA MEDIA TECHNOLOGIES CORPORATION | Specific Case No. 05-CV-01562 JW |
| | **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE AGAINST CJ, INC. PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)** |
| | Date: N/A |
| | Time: N/A |
| | Ctrm: 8, 4th Floor |
| | Judge: Honorable James Ware |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CJ, INC.
CASE NO. 05-CV-01114 JW (MDL NO. 1665)

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Acacia Media Technologies Corporation ("Acacia") and Defendant CJ, Inc. ("Defendant"), through their respective counsel, hereby stipulate to the dismissal, with prejudice, of all claims brought by Plaintiff Acacia against Defendant, and of all counterclaims brought by Defendant against Plaintiff Acacia. This dismissal shall not affect Acacia's claims against any other defendant in any of the MDL cases or the counterclaims of any MDL defendant against Acacia.

Each party shall bear its own costs, expenses, and attorneys' fees.

SO STIPULATED.

DATED: June 27, 2007

HENNIGAN BENNETT & DORMAN LLP

By    /s/ Alan P. Block
      Roderick G. Dorman
      Alan P. Block
      Kevin I. Shenkman
Attorney for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

DATED: June 27, 2007

FISH & RICHARDSON

By    /s/ Todd Miller
      Todd Miller
Attorney for Defendant
CJ, INC.

1 **ORDER**

2     PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that

3 Acacia's claims against Defendant CJ, Inc. and Defendant's counterclaims against Acacia are

4 hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

5     Neither Acacia's claims against any other defendant in any of the MDL cases nor the

6 counterclaims of any MDL defendant against Acacia shall be affected by this Order.

8 Dated: _____ June 28 2007 _____        _____
                                                                   United States District Judge

**PROOF OF SERVICE-UNITED STATES DISTRICT COURT**

STATE OF CALIFORNIA,      )
                          ) SS.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, 29th Floor, Los Angeles, California  90017.

On June 27, 2007, I served a copy of the within document described as **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE AGAINST CJ, INC. PURSUANT TO FED.R.CIV.P. 41(A)(1)(II)** by transmitting via United States District Court for the Central District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth on the attached Service List.

The above-described document was also transmitted to the parties indicated below, by Federal Express only.

Chambers of the Honorable James Ware
Attn:  Regarding Acacia Litigation
280 South First Street
San Jose, CA  95113
*3 copies*

I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

Executed on June 27, 2007, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                            /s/ Carol S. Yuson

# SERVICE LIST

| | |
|---|---|
| Juanita R. Brooks<br>Todd G. Miller<br>Fish & Richardson<br>12390 El Camino Real<br>San Diego, California 92130-2081<br>*Counsel for:*<br>*ACMP LLC;Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Adult Revenue Services; Audio Communications; CJ Inc.; Club Jenna Inc.; Cyber Trend Inc.; Cybernet Ventures Inc.; Game Link Inc.; Global AVS Inc.; Innovative Ideas International; Lightspeedcash; National A-1 Advertising Inc.; New Destiny Internet Group LLC; VS Media Inc.* | Jonathan E. Singer<br>William R. Woodford<br>Fish & Richardson<br>60 South Sixth Street, Suite 3300<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>*ACMP LLC;Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Adult Revenue Services; Audio Communications; CJ Inc.; Club Jenna Inc.; Cyber Trend Inc.; Cybernet Ventures Inc.; Game Link Inc.; Global AVS Inc.; Innovative Ideas International; Lightspeedcash; National A-1 Advertising Inc.; New Destiny Internet Group LLC; VS Media Inc.* |
| Victor De Gyarfas<br>William J. Robinson<br>Foley & Lardner<br>2029 Century Park E, 35th Floor<br>Los Angeles, California 90067<br>*Counsel for:*<br>*International Web Innovations, Inc.* | Gary A. Hecker<br>James Michael Slominski<br>Hecker Law Group<br>1925 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>*Counsel for:*<br>*Offendale Commercial Limited BV* |
| Mark D. Schneider<br>Gifford, Krass, Groh, Sprinkle, Anderson and Citkowski<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009-5394<br>*Counsel for:*<br>*Askcs.com Inc.* | Alfredo A. Bismonte<br>Daniel H. Fingerman<br>Bobby T. Shih<br>Mount & Stoelker, P.C.<br>River Park Tower, 17th Floor<br>333 W. San Carlos St.<br>San Jose, CA  95110<br>*Counsel for:*<br>*Askcs.com Inc.* |
| Adam Robert Alper<br>David Allen York<br>Latham & Watkins<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>*Counsel for:*<br>*AP Net Marketing Inc.; ICS Inc.* | Rachel Krevans<br>Jason A. Crotty<br>Paul A. Friedman<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>*Counsel for:*<br>*Satellite LLC; Echostar Technologies Corporation; Echostar Communications Corporation* |
| David C. Doyle<br>Morrison & Foerster LLP<br>3811 Valley Centre Dr., Suite 500<br>San Diego, California  92130<br>*Counsel for:*<br>*Echostar Technologies Corporation* | |

| | | |
|---|---|---|
| 1 | Annemarie A. Daley<br>Stephen P. Safranski | Richard R. Patch<br>J. Timothy Nardell |
| 2 | Robins Kaplan Miller & Ciresi LLP<br>2800 LaSalle Plaza | Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200 |
| 3 | 800 LaSalle Avenue<br>Minneapolis, Minnesota 55402 | San Francisco, California 94111-4213<br>*Counsel for:* |
| 4 | *Counsel for:*<br>*Coxcom, Inc.; Hospitality Network, Inc.* | *Coxcom, Inc.; Hospitality Network, Inc.* |
| 5 | | |
| 6 | Jeffrey H. Dean<br>Kevin D. Hogg | William R. Overend<br>Morgan D. Tovey |
| 7 | Bradford P. Lyerla<br>Carl E. Myers | Reed Smith Crosby Heafey<br>Two Embarcadero Center, Suite 2000 |
| 8 | Marshall Gerstein & Borun LLP<br>6300 Sears Tower | San Francisco, California 94111<br>*Counsel for:* |
| 9 | 233 South Wacker Drive<br>Chicago, Illinois 60606 | *Charter Communications, Inc.* |
| 10 | *Counsel for:*<br>*Armstrong Group; Arvig Communication* | |
| 11 | *Systems; Charter Communications, Inc.; East*<br>*Cleveland TV and Communications LLC;* | |
| 12 | *Massillon Cable TV, Inc.; Wide Open West LLC* | |
| 13 | Daralyn J. Durie<br>Joshua H. Lerner | Victor G. Savikas<br>Kevin G. McBride |
| 14 | David J. Silbert<br>Keker & Van Nest LLP | Maria K. Nelson<br>Marsha E. Mullin |
| 15 | 710 Sansome Street<br>San Francisco, California 94111 | Jones Day<br>555 South Flower Street, 50th Floor |
| 16 | *Counsel for:*<br>*Comcast Cable Communications, LLC; Insight* | Los Angeles, California 90071<br>*Counsel for:* |
| 17 | *Communications, Inc.* | *DirecTV Group, Inc.* |
| 18 | Stephen E. Taylor<br>Jan J. Klohonatz | Mitchell D. Lukin<br>Baker Botts L.L.P. |
| 19 | Taylor & Co. Law Offices, Inc.<br>One Ferry Building, Suite 355 | One Shell Plaza<br>910 Louisiana |
| 20 | San Francisco, California 94111<br>*Counsel for:* | Houston, Texas 77022<br>*Counsel for:* |
| 21 | *Mediacom Communications Corporation* | *Mediacom Communications Corporation;*<br>*Bresnan Communications* |
| 22 | Jeffrey D. Sullivan | Rebecca Anne Bortolotti |
| 23 | Michael J. McNamara<br>Baker Botts L.L.P. | John Christopher Reich<br>Albert L. Underhill |
| 24 | 30 Rockefeller Plaza<br>New York, New York 10112 | Merchant & Gould<br>80 S. 8th Street, Suite 3200 |
| 25 | *Counsel for:*<br>*Mediacom Communications Corporation;* | Minneapolis, Minnesota 55402<br>*Counsel for:* |
| 26 | *Bresnan Communications* | *Arvig Communications Systems; Cannon*<br>*Valley Communications, Inc.; Loretel* |
| 27 | | *Cablevision; Mid-Continent Media, Inc.;*<br>*Savage Communications, Inc.; Sjoberg's* |
| 28 | | *Cablevision, Inc.; US Cable Holdings LP* |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| 1 | Sean David Garrison<br>Robert Francis Copple | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA |
| 2 | Lewis & Roca LLP<br>40 N. Central Avenue | P.O. Box 400<br>Phoenix, Arizona 85001-0400 |
| 3 | Phoenix, Arizona 85004-4429<br>*Counsel for:* | *Counsel for:*<br>*Cable One Inc.* |
| 4 | *Cable America Corp.* | |
| 5 | Troy Blinn Forderman | Gregory T. Spalj |
| 6 | George Chun Chen<br>Bryan Cave LLP | Fabyanske Westra & Hart PA<br>800 LaSalle Avenue, Suite 1900 |
| 7 | 2 N. Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406 | Minneapolis, Minnesota 55402<br>*Counsel for:* |
| 8 | *Counsel for:*<br>*Cable System Service Inc.* | *Cable System Service, Inc.* |
| 9 | Patrick J. Whalen | Fritz Byers |
| 10 | Spencer Fan Britt & Brown LLP<br>1000 Walnut Street, Suite 1400 | 824 Spitzer Building<br>520 Madison Avenue |
| 11 | Kansas City, Missouri 64106<br>*Counsel for:* | Toledo, Ohio 43604<br>*Counsel for:* |
| 12 | *NPG Cable Inc.* | *Block Communications, Inc.* |
| 13 | Clay K. Keller<br>Buckingham, Doolittle & Burroughs | Melissa G. Ferrario<br>Barry S. Goldsmith |
| 14 | 50 South Main Street<br>Akron, Ohio 44308 | Gary H. Nunes<br>Womble Carlyle Sandridge & Rice |
| 15 | *Counsel for:*<br>*Nelsonville TV Cable, Inc.* | 8065 Leesburg Pike, Fourth Floor<br>Tysons Corner, VA 22182 |
| 16 | | *Counsel for:*<br>*Nelsonville TV Cable, Inc.* |
| 17 | Christopher B. Fagan<br>Fay Sharpe Fagan Minnich & McKee | Stephen S. Korniczky<br>James V. Fazio |
| 18 | 1100 Superior Avenue, Seventh Floor<br>Cleveland, Ohio 44114-2518 | Paul Hastings Janofsky & Walker LLP<br>3579 Valley Centre Drive |
| 19 | *Counsel for:*<br>*Armstrong Group; East Cleveland TV and* | San Diego, CA 92130<br>*Counsel for:* |
| 20 | *Communications LLC; Massillon Cable TV,*<br>*Inc.; Wide Open West, LLC* | *Cebridge Connections* |
| 21 | | |
| 22 | Benjamin Hershkowitz<br>Goodwin Proctor LLP | David S. Benyacar<br>Daniel Reisner |
| 23 | 599 Lexington Avenue<br>New York, NY 10022 | Kaye Scholar LLP<br>425 Park Avenue |
| 24 | *Counsel for:*<br>*CSC Holdings, Inc.* | New York, NY 10022<br>*Counsel for:* |
| 25 | | *Time Warner Cable, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA