IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Acacia Media Technologies Corp., | NO. C 05-01114 JW<br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court conducted a Case Management Conference on **March 7, 2008**. Counsel for the respective parties were present. Based on the discussion at the conference, which are reflected on the record, the Court orders as follows:

(1) The Court adopts the schedule proposed by Acacia, the Internet Defendants, and the Cable Defendants.

(2) The Court specially sets a Further Case Management Conference for **May 6, 2008 at 10 a.m.** The parties shall be prepared to discuss the Joint Stipulation they plan to file on April 18, 2008, as well as any invalidity motions they intend to file in light of the Joint Stipulation. The parties shall also be prepared to discuss whether any discovery is needed in advance of those motions. The conference will be vacated if it is clear from the Joint Stipulation that the Court need not meet with the parties until the motions hearing.

(3) The Court defers considering whether the Satellite Defendants may file a set of proposed facts upon which they would later file a non-infringement motion.

Dated: March 12, 2008

_____
JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan P. Block blocka@hbdlawyers.com; Alfredo A. Bismonte abismonte@beckross.com
Annamarie A. Daley aadaley@rkmc.com; Asim M. Bhansali amb@kvn.com
Benjamin Hershkowitz bhershkowitz@goodwinprocter.com; Bobby T. Shih bshih@mount.com
Bradford P. Lyerla blyerla@marshallip.com; Daniel Reisner dreisner@kayescholer.com
Daniel E. Jackson djackson@kvn.com; Daralyn J. Durie ddurie@kvn.com
David Benyacar dbenyacar@kayescholer.com; David A. York david.york@lw.com
David J. Silbert djs@kvn.com; David P. Pearson dpearson@winthrop.com
Emmett J. McMahon ejmcmahon@rkmc.com; Harold J. McElhinny HmcElhinny@mofo.com
J. Timothy Nardell EfilingJTN@cpdb.com; James Michael Slominski jslominski@hh.com
Jan J. Klohonatz jklohonatz@tcolaw.com; Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com; Jeffrey H. Dean jdean@marshallip.com
Jeremy Michael Duggan jduggan@beckross.com; Jon-Thomas Bloch jbloch@marshallip.com
Jonathan E. Singer singer@fr.com; Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com; Kevin G. McBride kgmcbride@jonesday.com
Kevin I. Shenkman shenkmank@hbdlawyers.com; Maria K. Nelson mknelson@jonesday.com
Marsha Ellen Mullin memullin@jonesday.com; Matthew I. Kreeger mkreeger@mofo.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
Mitchell D. Lukin mitch.lukin@bakerbotts.com; Morgan William Tovey mtovey@reedsmith.com
Patrick J. Whalen pwhalen@spencerfane.com; Paul A. Friedman pafriedman@mofo.com
Rachel Krevans rkrevans@mofo.com; Richard R. Patch rrp@cpdb.com
Roderick G. Dorman dormanr@hbdlawyers.com; Sean David Garrison sgarrison@lrlaw.com
Stephen E. Taylor staylor@tcolaw.com; Stephen P. Safranski spsafranski@rkmc.com
Todd Glen Miller miller@fr.com; Todd R. Tucker ttucker@rennerotto.com
Victor de Gyarfas vdegyarfas@foley.com; Victor George Savikas vgsavikas@jonesday.com
William J. Robinson wrobinson@foley.com; William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

**Dated: March 12, 2008**          **Richard W. Wieking, Clerk**

                                   **By: /s/ JW Chambers**
                                   **Elizabeth Garcia**
                                   **Courtroom Deputy**

United States District Court
For the Northern District of California