IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Acacia Media Technologies Corporation

NO. C 05-01114 JW
MDL No. 1665

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

/

In light of the complexity of the issues posed to the Court in the parties' joint statement and due to a conflict with the trial schedule of another matter before the Court, the case management conference presently set for May 6, 2008 is CONTINUED to **May 9, 2008 at 11 a.m.**

Dated: April 29, 2008

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam R. Alper aalper@kirkland.com
Alan P. Block blocka@hbdlawyers.com
3  Albert L. Underhill aunderhill@swlaw.com
Annamarie A. Daley aadaley@rkmc.com
4  Asim M. Bhansali amb@kvn.com
Benjamin Hershkowitz bhershkowitz@goodwinprocter.com
5  Benjamin Hershkowitz bhershkowitz@goodwinprocter.com
Bobby T. Shih bshih@mount.com
6  Bradford P. Lyerla blyerla@marshallip.com
Daniel Reisner dreisner@kayescholer.com
7  Daniel E. Jackson djackson@kvn.com
Daralyn J. Durie ddurie@kvn.com
8  David Benyacar dbenyacar@kayescholer.com
David A. York david.york@lw.com
9  David Jason Silbert djs@kvn.com
David Michael Hymas dhymas@mofo.com
10  David P. Pearson dpearson@winthrop.com
Emmett J. McMahon ejmcmahon@rkmc.com
11  Harold J. McElhinny HMcElhinny@mofo.com
James Michael Slominski jslominski@hh.com
12  Jan Joseph Klohonatz jklohonatz@tcolaw.com
Jason A. Crotty jcrotty@mofo.com
13  Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
Jeffrey H. Dean jdean@marshallip.com
14  John Timothy Nardell EfilingJTN@cpdb.com
Jon-Thomas Bloch jbloch@marshallip.com
15  Jonathan Elliot Singer singer@fr.com
Juanita R. Brooks brooks@fr.com
16  Kevin D. Hogg khogg@marshallip.com
Kevin G. McBride kgmcbride@jonesday.com
17  Kevin I. Shenkman shenkmank@hbdlawyers.com
Maria Kara Nelson mknelson@jonesday.com
18  Marsha Ellen Mullin memullin@jonesday.com
Matthew Ian Kreeger mkreeger@mofo.com
19  Michael J. McNamara michael.mcnamara@bakerbotts.com
Mitchell D. Lukin mitch.lukin@bakerbotts.com
20  Mitchell D. Lukin mitch.lukin@bakerbotts.com
Morgan William Tovey morgantovey@quinnemanuel.com
21  Patrick J. Whalen pwhalen@spencerfane.com
Paul A. Friedman pafriedman@mofo.com
22  Rachel Krevans rkrevans@mofo.com
Richard R. Patch rrp@cpdb.com
23  Roderick G. Dorman dormanr@hbdlawyers.com
Sean David Garrison sgarrison@lrlaw.com
24  Stephen E. Taylor staylor@tcolaw.com
Stephen P. Safranski spsafranski@rkmc.com
25  Todd Glen Miller miller@fr.com
Todd R. Tucker ttucker@rennerotto.com
26  Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
27

28                                    2

William Joseph Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

**Dated:  April 29, 2008**                                       **Richard W. Wieking, Clerk**

                                                                                   **By:   /s/ JW Chambers**
                                                                                         **Elizabeth Garcia**
                                                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California