IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 05-01114 JW

In re Acacia Media Technologies Corp.,  **ORDER ADOPTING THE PARTIES' STIPULATION RE: BRIEFING SCHEDULE FOR § 112 MOTIONS WITH MODIFICATION**

_____/

On May 9, 2008, the Court conducted a Case Management Conference regarding the Defendants' proposed § 112 motions and related briefing schedule. Pursuant to the Court's direction, the parties have submitted for the Court's review their proposed schedule. The Court adopts the parties' Stipulation as follows:

(1) On or before **May 16, 2008**, Acacia will notify the Defendants as to which, if any, additional motions it will stipulate;

(2) On or before **July 11, 2008**, Defendants shall file their dispositive motions together with any supporting declaration testimony on the disputed issues identified in the Defendants' letters;

(3) On or before **October 24, 2008**, Acacia shall file its oppositions to the Defendants' dispositive motions together with any supporting declaration testimony; and

(4) On or before **January 9, 2009**, the Defendants shall file their reply briefs to the dispositive motions together with any supporting declaration testimony.

Upon completion of the briefs, the moving party shall compile a three ring binder containing (1) the motion and any supporting memorandum of law; (2) the opposition memorandum; (3) any reply memorandum; and (4) any exhibits in support or opposition to the motion, which shall be clearly labeled. At the beginning of each binder the moving party shall include, as appropriate, a Chart A or B, in the format described below; each statement shall be supported by appropriate citations to the motion papers and or exhibits.

**Chart A - Summary of Infringement Issues**

| Patent Claim/Elements | Stipulated Construction/Court Construction | Accused Product | Defense Asserted |
|---|---|---|---|
| '000 Patent, Claim 1 | | | |
| an apparatus comprising | apparatus means: "a device which. . ." | Riverside Model 2 | |
| 1. a handle | "handle" means a part held by the human hand | Riverside Model 2 | the product lacks a handle |

**Chart B - Summary of Invalidity Issues**

| Title of Motion | Patent | Claim No. | Basis of challenge | Summary of argument in support of motion | Summary of argument in opposition to motion | Comments |
|---|---|---|---|---|---|---|
| Partial Motion for Summary Judgment of Invalidity | '000 | Claim 3 | Lack of Disclosure of Best Mode | The specification states that the inventor was aware [See '000 Patent, Col 3:5-10] | The reference is to a different invention. | This matter is controlled by the Court's claim construction of the following terms: |

These binders are not substitutes for filing the motions and related papers via ECF.

//

2

1  Three copies of the binders, marked, "Chambers' Copies," shall be delivered to the Court (by
2  way of the Clerk's Office) on or before **January 16, 2009 before 3 p.m.**  Upon review, the Court
3  will set as many hearings as necessary to adjudicate Defendants' motions.
4  In addition, at the Case Management Conference, the Court instructed Plaintiff to resubmit
5  the two Covenants Not to Sue (docket item nos. 265, 276) with the Court's recommended edits for
6  signature.  To date, no amended covenants have been filed.  Plaintiff shall refile the covenants for
7  approval within ten (10) days from the date of this Order.

Dated:  May 27, 2008

JAMES WARE
United States District Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan P. Block blocka@hbdlawyers.com; Alfredo A. Bismonte abismonte@beckross.com
Annamarie A. Daley aadaley@rkmc.com; Asim M. Bhansali amb@kvn.com
Benjamin Hershkowitz bhershkowitz@goodwinprocter.com; Bobby T. Shih bshih@mount.com
Bradford P. Lyerla blyerla@marshallip.com; Daniel Reisner dreisner@kayescholer.com
Daniel E. Jackson djackson@kvn.com; Daralyn J. Durie ddurie@kvn.com
David Benyacar dbenyacar@kayescholer.com; David A. York david.york@lw.com
David J. Silbert djs@kvn.com; David P. Pearson dpearson@winthrop.com
Emmett J. McMahon ejmcmahon@rkmc.com; Harold J. McElhinny HmcElhinny@mofo.com
J. Timothy Nardell EfilingJTN@cpdb.com; James Michael Slominski jslominski@hh.com
Jan J. Klohonatz jklohonatz@tcolaw.com; Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com; Jeffrey H. Dean jdean@marshallip.com
Jeremy Michael Duggan jduggan@beckross.com; Jon-Thomas Bloch jbloch@marshallip.com
Jonathan E. Singer singer@fr.com; Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com; Kevin G. McBride kgmcbride@jonesday.com
Kevin I. Shenkman shenkmank@hbdlawyers.com; Maria K. Nelson mknelson@jonesday.com
Marsha Ellen Mullin memullin@jonesday.com; Matthew I. Kreeger mkreeger@mofo.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
Mitchell D. Lukin mitch.lukin@bakerbotts.com; Morgan William Tovey mtovey@reedsmith.com
Patrick J. Whalen pwhalen@spencerfane.com; Paul A. Friedman pafriedman@mofo.com
Rachel Krevans rkrevans@mofo.com; Richard R. Patch rrp@cpdb.com
Roderick G. Dorman dormanr@hbdlawyers.com; Sean David Garrison sgarrison@lrlaw.com
Stephen E. Taylor staylor@tcolaw.com; Stephen P. Safranski spsafranski@rkmc.com
Todd Glen Miller miller@fr.com; Todd R. Tucker ttucker@rennerotto.com
Victor de Gyarfas vdegyarfas@foley.com; Victor George Savikas vgsavikas@jonesday.com
William J. Robinson wrobinson@foley.com; William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

**Dated:   May 27, 2008**                                **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**