1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Acacia Media Technologies Corp.                    NO. C 05-01114 JW

**ORDER DENYING AS PREMATURE
PROPOSED ORAL ARGUMENT
STRUCTURES**

_____/

        Presently before the Court are the parties' competing proposals relating to the structure of
oral argument the Court should adopt for Defendants' pending motions for summary judgment.
(Docket Item Nos. 342-44.)  Upon review of the parties' proposals, the Court finds that it is
premature to establish a structure for oral argument at this time.  Once the Court has reviewed in
detail the substance of the pending summary judgment motions, the Court will determine the order
in which it wishes to hear oral argument on the range of issues presented.

        Accordingly, the Court DENIES as premature the parties' proposed sequences for oral
argument.

Dated:  May 15, 2009                          _____
                                              JAMES WARE
                                              United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
   Adam R. Alper aalper@kirkland.com
2  Alan P. Block blocka@hbdlawyers.com
   Albert L. Underhill aunderhill@swlaw.com
3  Annamarie A. Daley aadaley@rkmc.com
   Asim M. Bhansali amb@kvn.com
4  Benjamin Hershkowitz bhershkowitz@gibsondunn.com
   Bobby T. Shih bshih@mount.com
5  Bradford P. Lyerla blyerla@marshallip.com
   Daniel Reisner dreisner@kayescholer.com
6  Daniel E. Jackson djackson@kvn.com
   Daralyn J. Durie ddurie@durietangri.com
7  David Benyacar dbenyacar@kayescholer.com
   David A. York david.york@lw.com
8  David Jason Silbert djs@kvn.com
   David Michael Hymas dhymas@mofo.com
9  David P. Pearson dpearson@winthrop.com
   Emmett J. McMahon ejmcmahon@rkmc.com
10 Harold J. McElhinny HmcElhinny@mofo.com
   J. Timothy Nardell tim@jtnlaw.com
11 James Michael Slominski jslominski@hh.com
   Jan Joseph Klohonatz jklohonatz@tcolaw.com
12 Jason A. Crotty jcrotty@mofo.com
   Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
13 Jeffrey H. Dean jdean@marshallip.com
   John C. Englander jenglander@goodwinprocter.com
14 Jon-Thomas Bloch jbloch@marshallip.com
   Jon-Thomas Bloch jbloch@marshallip.com
15 Jonathan Elliot Singer singer@fr.com
   Juanita R. Brooks brooks@fr.com
16 Kevin D. Hogg khogg@marshallip.com
   Kevin G. McBride kgmcbride@jonesday.com
17 Kevin I. Shenkman shenkmank@hbdlawyers.com
   Maria Kara Nelson mknelson@jonesday.com
18 Marsha Ellen Mullin memullin@jonesday.com
   Matthew Ian Kreeger mkreeger@mofo.com
19 Michael J. McNamara michael.mcnamara@bakerbotts.com
   Mitchell D. Lukin mitch.lukin@bakerbotts.com
20 Mitchell D. Lukin mitch.lukin@bakerbotts.com
   Morgan William Tovey morgantovey@quinnemanuel.com
21 Patrick J. Whalen pwhalen@spencerfane.com
   Paul A. Friedman pafriedman@mofo.com
22 Rachel Krevans rkrevans@mofo.com
   Richard R. Patch rrp@cpdb.com
23 Robert Donald Carroll rcarroll@goodwinprocter.com
   Roderick G. Dorman dormanr@hbdlawyers.com
24 Sean David Garrison sgarrison@lrlaw.com
   Stephen E. Taylor staylor@tcolaw.com
25 Stephen P. Safranski spsafranski@rkmc.com
   Todd Glen Miller miller@fr.com
26 Todd R. Tucker ttucker@rennerotto.com
   Victor de Gyarfas vdegyarfas@foley.com
27 Victor George Savikas vgsavikas@jonesday.com

28                                                      2

William Joseph Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com


**Dated:  May 15, 2009**                    **Richard W. Wieking, Clerk**


                                            **By:____/s/ JW Chambers_____**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

United States District Court

For the Northern District of California