1
2
3
4
5
6
7                IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10   In re: Acacia Media Technologies Corp.       NO. C 05-01114 JW
                                                  NO. M 05-01665 JW
11
                                                  **AMENDED JUDGMENT**
12

13

14   _____/

15          Pursuant to the Court's October 23, 2009 Amended Order Granting Defendants' Motions for

16   Summary Judgment (hereafter, "October 23 Order," Docket Item No. 354), there has now been an

17   adjudication of all of the claims asserted by Plaintiff Acacia Media Technologies Corp. ("Acacia")

18   against all of the remaining Defendants in this MDL proceeding.  The Defendants are:  Echostar

19   Satellite LLC, Echostar Technologies Corp., DIRECTV Group, Inc., Time Warner Cable Inc., CSC

20   Holdings, Inc., Hospitality Network, Inc., Cable America Corp., Comcast Cable Communications

21   LLC, Coxcom Inc., Insight Communications Company, Inc., Charter Communications, Inc. (solely

22   to the extent authorized by the Bankruptcy Court), Armstrong Group, Wide Open West LLC, Block

23   Communications Inc., East Cleveland Cable TV and Communications LLC, Massillon Cable TV

24   Inc., NPG Cable Inc., Mid-Continent Media, Inc., US Cable Holdings LP, Sjoberg's Cablevision,

25   Inc., Savage Communications Inc., Loretel Cablevision, Cannon Valley Communications, Inc.,

26   Arvig Communication Systems, Cable One, Inc., Mediacom Communications Corporation, Bresnan

27   Communications, Cequel III Communications I, LLC (dba Cebridge Connections), Game Link Inc.,

28   ACMP LLC, Cybernet Ventures Inc., Global AVS Inc., National A-1 Advertising Inc., AEBN Inc.,

**United States District Court**
For the Northern District of California

1  Ademia Multimedia LLC, Audio Communications Inc., Cyber Trend Inc., Innovative Ideas

2  International, Adult Revenue Service, Lightspeed Media Group Inc., New Destiny Internet Group

3  LLC, VS Media Inc., Offendale Commercial Limited BV, AskCS.com, Inc., and International Web

4  Innovations Inc. (collectively referred to in this Judgment as "Defendants").

5       First, for the reasons set forth in the October 23 Order, with respect to Defendants'

6  counterclaims of invalidity under 35 U.S.C. § 112, ¶ 2 as to U.S. Patent Nos. 5,132,992 ("'992

7  Patent"), 5,550,863 ("'863 Patent"), 6,002,720 ("'720 Patent"), and 6,144,702 ("'702 Patent"),

8  respectively, judgment is entered in favor of Defendants and against Acacia.  The Court declares

9  U.S. Patent Nos. '992, '863, '720, and '702 invalid.

10      Second, for the reasons set forth in the October 23 Order, with respect to Acacia's claims for

11  infringement and Defendants' counterclaims for a declaration of non-infringement of the '992, the

12  '863, the '720, and the '702 Patents, judgment is entered in favor of Defendants against Acacia.  The

13  Court declares that U.S. Patent Nos. '992, '863, '720, and '702 not infringed by Defendants.

14      Third, because Acacia has voluntarily withdrawn all asserted claims of U.S. Patent No.

15  5,253,275 ("'275 Patent"), judgment is entered in favor of Defendants and against Acacia on

16  Acacia's claims for infringement and on Defendants' counterclaims for declaration of

17  non-infringement of the '275 patent.

18      Fourth, Acacia's state law claims and Defendants' remaining counterclaims are dismissed

19  without prejudice.

20      The Court declares that Defendants are the prevailing parties and are entitled to recover costs

21  of suit.  Accordingly, the Court finds that there is no just reason for delay of entry of final judgment

22  in favor of Defendants and against Plaintiff Acacia.  This is a full and final adjudication of all issues

23  before this Court.

24

25  Dated:  November 5, 2009

26                                        JAMES WARE
                                          United States District Judge

27

28                                              2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Adam R. Alper aalper@kirkland.com
    Alan P. Block blocka@hbdlawyers.com
3   Albert L. Underhill aunderhill@swlaw.com
    Annamarie A. Daley aadaley@rkmc.com
4   Asim M. Bhansali amb@kvn.com
    Benjamin Hershkowitz bhershkowitz@gibsondunn.com
5   Bobby T. Shih bshih@mount.com
    Bradford P. Lyerla blyerla@marshallip.com
6   Bryant Carroll Boren bryant.c.boren@bakerbotts.com
    Christopher Scott Marchese marchese@fr.com
7   Christopher W Kennerly chris.kennerly@bakerbotts.com
    Daniel Reisner dreisner@kayescholer.com
8   Daniel E. Jackson djackson@kvn.com
    Daralyn J. Durie ddurie@durietangri.com
9   David Benyacar dbenyacar@kayescholer.com
    David A. York david.york@lw.com
10  David Jason Silbert djs@kvn.com
    David Michael Hymas dhymas@mofo.com
11  David P. Pearson dpearson@winthrop.com
    Emmett J. McMahon ejmcmahon@rkmc.com
12  Harold J. McElhinny HmcElhinny@mofo.com
    J. Timothy Nardell tim@jtnlaw.com
13  James Michael Slominski jslominski@hh.com
    Jason A. Crotty jcrotty@mofo.com
14  Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
    Jeffrey H. Dean jdean@marshallip.com
15  John C. Englander jenglander@goodwinprocter.com
    Jon-Thomas Bloch jbloch@marshallip.com
16  Jonathan Elliot Singer singer@fr.com
    Juanita R. Brooks brooks@fr.com
17  Kevin D. Hogg khogg@marshallip.com
    Kevin G. McBride kgmcbride@jonesday.com
18  Kevin I. Shenkman shenkmank@hbdlawyers.com
    Maria Kara Nelson mknelson@jonesday.com
19  Marsha Ellen Mullin memullin@jonesday.com
    Matthew Ian Kreeger mkreeger@mofo.com
20  Michael J. McNamara michael.mcnamara@bakerbotts.com
    Mitchell D. Lukin mitch.lukin@bakerbotts.com
21  Morgan William Tovey morgantovey@quinnemanuel.com
    Patrick J. Whalen pwhalen@spencerfane.com
22  Paul A. Friedman pafriedman@mofo.com
    Rachel Krevans rkrevans@mofo.com
23  Richard R. Patch rrp@cpdb.com
    Robert Donald Carroll rcarroll@goodwinprocter.com
24  Roderick G. Dorman dormanr@hbdlawyers.com
    Sean David Garrison sgarrison@lrlaw.com
25  Stephen E. Taylor staylor@tcolaw.com
    Stephen P. Safranski spsafranski@rkmc.com
26  Todd Glen Miller miller@fr.com
    Todd R. Tucker ttucker@rennerotto.com

27

28                                    3

Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
William Joseph Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

**Dated:  November 5, 2009**                    **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

United States District Court
For the Northern District of California