UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

November 9, 2009

**CASE INFORMATION:**
Short Case Title: <u>In re: ACACIA MEDIA TECHNOLOGIES CORP.</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: ***San Jose Division, Judge James Ware***
Criminal and/or Civil Case No.: <u>CV 05-01114 JW </u>(HRL)
Date Complaint/Indictment/Petition Filed:<u> 3/17/05</u>
Date Appealed order/judgment *entered* **10/23/09 and 11/5/09**
Date NOA *filed* **11/9/09**
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>Irene Rodriguez (408) 947-8160</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>11/9/09</u>          Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  ☐ no                                      Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Alan P. Block | Jason A. Crotty |
| Hennigan Bennett & Dorman LLP | Morrison & Foerster LLP |
| 865 South Figueroa Street, #2900 | 425 Market Street |
| Los Angeles, CA 90017 | San Francisco, Calif., 94105-2482 |
| 213-694-1200 | (415) 268-6381 |
| blocka@hbdlawyers.com | |

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                       9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>