# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2010-1081

IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION

-------------------------------------------------------------------------

ACACIA MEDIA TECHNOLOGIES CORPORATION,

Plaintiff-Appellant,

v.

MEDIACOM COMMUNICATIONS CORPORATION,
BRESNAN COMMUNICATIONS LLC, and CEBRIDGE CONNECTIONS,

Defendants-Appellees,
and

HOSPITALITY NETWORK, INC. and COXCOM, INC.,

Defendants-Appellees,
and

CHARTER COMMUNICATIONS, INC.,

Defendant-Appellee,
and

DIRECTV GROUP, INC.,

Defendant-Appellee,
and

ECHOSTAR SATELLITE LLC and
ECHOSTAR TECHNOLOGIES CORPORATION,

Defendants-Appellees,
and

MID-CONTINENT MEDIA, INC., US CABLE HOLDINGS LP, SJOBERG'S
CABLEVISION, INC., SAVAGE COMMUNICATIONS INC.,

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

LORETEL CABLEVISION, CANNON VALLEY COMMUNICATIONS, INC.,
and ARVIG COMMUNICATIONS SYSTEMS,

            Defendants-Appellees,
      and

COMCAST CABLE COMMUNICATIONS, LLC and
INSIGHT COMMUNICATIONS COMPANY, INC.,

            Defendants-Appellees,
      and

CSC HOLDINGS, INC.,

            Defendant-Appellee,
      and

ARMSTRONG GROUP, WIDE OPEN WEST LLC, EAST CLEVELAND
CABLE TV AND COMMUNICATIONS LLC, and MASSILLON CABLE TV INC.,

            Defendants-Appellees,
      and

BLOCK COMMUNICATIONS INC.,

            Defendant-Appellee,
      and

GAME LINK INC., ACMP LLC, CYBERNET VENTURES INC.,
GLOBAL AVS INC., NATIONAL A-1 ADVERTISING INC., AEBN INC.,
ADEMIA MULTIMEDIA LLC, AUDIO COMMUNICATIONS INC.,
CYBER TREND INC., INNOVATIVE IDEAS INTERNATIONAL,
LIGHTSPEED MEDIA GROUP INC., NEW DESTINY INTERNET GROUP LLC,
VS MEDIA INC., and ADULT REVENUE SERVICES,

            Defendants-Appellees,
      and

ASKCS.COM INC.,

            Defendant-Appellee,
      and

OFFENDALE COMMERCIAL LIMITED BV,

            Defendant-Appellee,
      and

INTERNATIONAL WEB INNOVATIONS INC.,

                                        Defendant-Appellee,
       and

CABLE AMERICA CORP.,

                                      Defendant-Appellee,
       and

CABLE ONE INC.,

                                      Defendant-Appellee,
       and

NPG CABLE INC.,

                                      Defendant-Appellee,
       and

TIME WARNER CABLE, INC.,

                                      Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 05-CV-1114 and MDL case no. 05-1665, Judge James Ware.

## Authorized Abbreviated Caption[2]

ACACIA MEDIA TECH V MEDIACOM, 2010-1081

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

2010-1081 - ACACIA MEDIA TECH V MEDIACOM

Date of docketing: 11/20/2009

**Appeal from:** United States District Court / Northern District of California
case no. 05-CV-1114, 05-1665

**Appellant(s):** Acacia Media Technologies Corporation

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.


Jan Horbaly
Clerk

cc: US District Court, Northern District of California
  William J. Robinson
  Albert L. Underhill
  Bradford P. Lyerla
  Christopher S. Marchese
  Harold J. McElhinny
  Alan P. Block
  Benjamin Hershkowitz
  Morgan W. Tovey

Maria K. Nelson
Jeffrey D. Sullivan
David J. Silbert
C. Mark Kittredge
Daniel L. Reisner
Annamarie A. Daley
James M. Slominski
William R. Overend
Bobby T. Shih
Sean David Garrison
Patrick J. Whalen