**HENNIGAN, BENNETT & DORMAN LLP**
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | ) Case No.05 CV 01114 JW |
|---|---|
| ACACIA MEDIA TECHNOLOGIES CORPORATION, | ) **NOTICE OF FILING OF TRANSCRIPT ORDER FORM IN CENTRAL DISTRICT OF CALIFORNIA** |
| | ) JUDGE: Hon. James Ware |

**PLEASE TAKE NOTICE** that Plaintiff Acacia Media Technologies Corporation filed the attached Transcript Order form in the Central District of California on November 24, 2009.

DATED: December 1, 2009        HENNIGAN, BENNETT & DORMAN LLP

By      /s/ Alan P. Block
      Roderick G. Dorman
      Alan P. Block

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 2010-1081           U.S. District Court Case No. 8:02-cv-01040-JW-MLG

Short Case Title  In re Acacia

Date Notice of Appeal Filed by Clerk of District Court  11/09/09 (USDC N.D.Cal. No. 05-cv-01114 JW)

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 05/23/03 | William S. Stephens | ~~Voir Dire~~  Status Conference |
| 02/06/04 | Jane Sutton Rule/Debbie Gale | ~~Opening Statements~~  Claim Construction |
| 04/09/04 | Leslie King | ~~Settlement Instructions~~  Claim Construction |
| 05/18/04 | Deborah Parker | ~~Closing Arguments~~  Claim Construction |
| 05/19/04 | Deborah Parker | ~~Jury Instructions~~  Claim Construction |
| 10/12/04 | Irene Rodriguez | ~~Pre-Trial Proceedings~~  Case Management |
|  |  | Other (please specify) |

(attach additional page for designations, if necessary)

(  ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(  ) As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  November 24, 2009

Type or Print Name  Alan P. Block

Signature of Attorney/Pro Per Litigant  /S/ Alan P. Block           Phone Number  213-694-1200

Address:  865 S. Figueroa Street, Suite 2900, Los Angeles, CA 90017

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 556-9800.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS**

(1) Pick up form from District Court Clerk's Office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper, if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies, if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

# PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017. On December 1, 2009, I served the foregoing document described as **NOTICE OF FILING OF TRANSCRIPT ORDER FORM IN CENTRAL DISTRICT OF CALIFORNIA** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program.

The above-described document was also transmitted to the parties indicated below, by Federal Express only.

Chambers of the Hon. James Ware
Attn: Regarding Acacia Litigation
280 South First Street
San Jose, CA  95113
*3 copies*

Executed on December 1, 2009 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By _____ /s/ Carol Yuson _____
Carol Yuson