**HENNIGAN, BENNETT & DORMAN LLP**
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

IT IS SO ORDERED
Judge James Ware
12/14/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re <br><br> ACACIA MEDIA TECHNOLOGIES CORPORATION, | Case No.05 CV 01114 JW <br><br> **STATEMENT OF STIPULATION OF AGREED-UPON COSTS TO BE TAXED PURSUANT TO DEFENDANT CHARTER COMMUNICATIONS, INC.'S BILL OF COSTS** |

Having met and conferred, counsel for Plaintiff Acacia Media Technologies Corporation ("Acacia") and Charter Communications, Inc. have agreed upon, and therefore stipulate to, $8,373.22 in costs being taxed against Acacia.

This agreement of counsel is subject to and only effective upon the bankruptcy court approval in granting the parties relief from the automatic stay.

DATED: November 23, 2009              HENNIGAN, BENNETT & DORMAN LLP

By _____ /s/ Alan P. Block _____
    Roderick G. Dorman
    Alan P. Block

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

-2-

Case No. 05 CV 01114 JW                              Statement of Stipulation re Charter Communications