Kevin G. McBride (State Bar No. 195866)
Marsha E. Mullin (State Bar No. 93709)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539

Attorneys for Defendant
THE DIRECTV GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05 CV 01114 JW<br><br>**THE DIRECTV GROUP, INC.'S JOINDER IN THE ECHOSTAR DEFENDANTS' MOTION RE EXCEPTIONAL CASE**<br><br>**Date:        TBD**<br>**Time:        TBD**<br>**Courtroom:  8, 4th Floor**<br>**JUDGE:       HON. JAMES WARE** |

1  Defendant The DIRECTV Group, Inc. ("DIRECTV") hereby joins in the Echostar
2  Defendants' Motion Re Exceptional Case, filed January 4, 2010.  In support of its Joinder,
3  DIRECTV incorporates by reference as if fully set forth herein the Echostar Defendants'
4  Memorandum of Points and Authorities in Support of Motion re Exceptional Case, and tenders
5  the accompanying Declaration of Marsha E. Mullin setting forth the information required by
6  Local Rule 54-5(b) with respect to the attorneys' fees incurred in this action by DIRECTV.

7  Dated: January 4, 2010                    JONES DAY

9                                            By:/s/ *Marsha E. Mullin*
10                                               Marsha E. Mullin

11                                            Attorneys for Defendant
                                              THE DIRECTV GROUP, INC.

CASE NO. 05 CV 01114 JW

- 2 -

DIRECTV GROUP, INC.'S JOINDER IN THE
ECHOSTAR DEFENDANTS' MOTION RE
EXCEPTIONAL CASE