1  Kevin G. McBride (State Bar No. 195866)
   Marsha E. Mullin (State Bar No. 93709)
2  JONES DAY
   555 South Flower Street, 50th Floor
3  Los Angeles, CA 90071
   Telephone:   (213) 489-3939
4  Facsimile:   (213) 243-2539

5  Attorneys for Defendant
   THE DIRECTV GROUP, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| 12 | **In re** | **Case No. 05 CV 01114 JW** |
|---|---|---|
| 13 | **ACACIA MEDIA TECHNOLOGIES CORPORATION** | **[PROPOSED] ORDER GRANTING MOTION RE EXCEPTIONAL CASE AND AWARDING THE DIRECTV GROUP, INC. ATTORNEYS' FEES** |
| 14 | | |
| 15 | | Courtroom:   8, 4th Floor |
| 16 | | **Judge:      Hon. James Ware** |

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 05 CV 01114JW

[PROPOSED] ORDER GRANTING MOTION RE
EXCEPTIONAL CASE AND AWARDING
DIRECTV ATTORNEYS' FEES

1    This Court, having considered the Echostar Defendants' Motion Re Exceptional Case,
2 joined by Defendant The DIRECTV Group, Inc. ("DIRECTV"), and the supporting declaration of
3 Marsha E. Mullin, and for the reasons set forth in the motion, hereby awards DIRECTV
4 $3,834,487.87 as its attorneys' fees against Plaintiff Acacia Media Technologies Corp. with said
5 award to be made part of the Amended Judgment.
6    IT IS SO ORDERED.
7 Dated: _____, 2010

9                                              _____
                                               HONORABLE JAMES WARE
10                                             UNITED STATES DISTRICT JUDGE

CASE NO. 05 CV 01114JW                - 2 -          [PROPOSED] ORDER GRANTING MOTION RE
                                                     EXCEPTIONAL CASE AND AWARDING
                                                     DIRECTV ATTORNEYS' FEES