1  Juanita R. Brooks (SBN 75934) (brooks@fr.com)
   Todd G. Miller (SBN 163200) (miller@fr.com)
2  Fish & Richardson P.C.
   12390 El Camino Real
3  San Diego, CA  92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  Jonathan E. Singer (SBN 187908) (singer@fr.com)
   William R. Woodford (*pro hac vice*) (woodford@fr.com)
6  Fish & Richardson P.C.
   60 South Sixth Street, Suite 3300
7  Minneapolis, MN  55402
   Telephone:  (612) 335-5070
8  Facsimile:  (612) 288-9696

9  Attorneys for Defendants
   Ademia Multimedia, LLC; ACMP, LLC; AEBN, Inc.; Audio Communications, Inc.; Cyber Trend,
10 Inc.; Cybernet Ventures, Inc.; Game Link, Inc.; Global AVS, Inc.; Innovative Ideas International;
   Lightspeed Media Group, Inc.; National A-1 Advertising, Inc.; New Destiny Internet Group, LLC;
11 VS Media, Inc.

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN JOSE DIVISION

15

16

| | |
|---|---|
| In re: | Case No. C 05-01114 JW (HRL) |
| | **DECLARATION OF TODD G. MILLER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES** |
| ACACIA MEDIA TECHNOLOGIES CORPORATION PATENT LITIGATION | |
| | Date:    TBD |
| | Time:    TBD |
| | Courtroom:  8, 4th floor |
| | Judge:   Honorable James Ware |

17

18

19

20

21

22

23  I, Todd G. Miller, declare:

24       1.       I am a principal with the law firm of Fish & Richardson P.C., (the "Firm"), attorneys

25  of record for Defendants Ademia Multimedia, LLC; ACMP, LLC; AEBN, Inc.; Audio

26  Communications, Inc.; Cyber Trend, Inc.; Cybernet Ventures, Inc.; Game Link, Inc.; Global AVS,

27  Inc.; Innovative Ideas International; Lightspeed Media Group, Inc.; National A-1 Advertising, Inc.;

28

1

Declaration of Todd G. Miller in Support of Joinder In
Motion for Attorney's Fees
Case No. C 05-01114 JW (HRL)

New Destiny Internet Group, LLC; and VS Media, Inc. (collectively "the VS Media Defendants")

If called to testify, I could and would testify to the following facts of my own personal knowledge.

2. I make this declaration in support of the VS Media Defendants' Motion for Attorney's Fees. I am and have been one of the attorneys having direct responsibility for the day-to-day activities in this case from its outset and, as such, can accurately attest to the facts contained in this declaration based on personal knowledge.

**Compliance with Local Rule 54-6(b)(1) Meet and Confer Obligations**

3. On January 4, 2010, I spoke by telephone with Mr. Alan Block, counsel for Acacia, in an attempt to resolve any disputes Acacia might have with respect to the present motion pursuant to Local Rule 54-6 (b)(1). I advised Mr. Block that the VS Media Defendants would be joining in the motion prepared by counsel for EchoStar. Mr. Block confirmed that he previously had spoken with counsel for EchoStar and other defendants. Mr. Block stated that Acacia would oppose the motion for attorney fees.

**Services Rendered and Record Keeping by the Firm Pursuant to Local Rule 54-6(b)(2)**

4. The VS Media Defendants were among the first entities against whom Acacia brought this action for alleged patent infringement. They were referred to by Acacia as "the low handing fruit." The earliest of the VS Media Defendants were sued by Acacia on November 8, 2002, others in 2003. My firm filed answers on behalf of the VS Media Defendants in 2003.

5. The Firm took the lead in briefing and presenting arguments on behalf of the defendants in the first of what proved to be many *Markman* proceedings. The Firm moved for summary judgment of invalidity as to claims 1-18 of the '992 Patent and all claims of the '702 Patent in view of the Court's *Markman* Order following the first round of claim construction motion practice. The Firm's attorneys also reviewed and responded (multiple times) to the complaint; analyzed and pled detailed claims of inequitable conduct; researched, obtained, reviewed, and analyzed prior art references; and responded to Acacia's discovery requests. Following the MDL Panel's referral of all cases to this Court, the Firm continued to be involved in the case including attendance at the subsequent *Markman* and procedural hearings and reviewing and commenting on

Declaration of Todd G. Miller in Support of Joinder
In Motion for Attorney's Fees
Case No. C 05-01114 JW (HRL)

1  pleadings.  The Firm's attorneys worked on the various aspects of this matter as appropriate for

2  their respective levels of experience in order to maximize value to the VS Media Defendants.

3        6.      The Firm performed legal services in this matter, billed the VS Media Defendants for

4  those services, and were paid by the VS Media Defendants for those services.  The services

5  provided by the Firm were billed on an hourly basis at the Firm's customary hourly rates for the

6  services provided.  The firm maintains records of the rates charged, hours billed and work

7  performed by the attorneys and legal professionals who worked on this matter in the ordinary course

8  of business through an electronic time keeping and accounting system.  The Firm bills time worked

9  by legal professionals in increments of 0.1 hours.  The attorneys and legal professionals enter into

10  the time keeping system a description of the tasks performed and time spent, typically on a daily

11  basis, consistent with the Firms policies and practices.

12        7.      At my direction, the Firm's accounting department gathered the billing records for

13  this matter from its inception.  Based on that analysis, the Firm's accounting department identified

14  the attorneys and other legal professionals who billed more than 50 hours on this case from 2002 to

15  the present on behalf of the VS Media Defendants.  While other attorneys and legal professionals

16  worked less than 50 hours on this matter, the VS Media Defendants are not requesting fees for those

17  services, but believe those non-requested services further support the reasonableness of their fee

18  request. The Firm's accounting department also identified the billing rates charged by these

19  attorneys and other legal professionals during each year of the representation.  A summary of that

20  information is provided below along with the current number of years of legal experience for each

21  attorney:

| Attorney | Yrs Experience | 2003 Rate Fees | 2004 Rate Fees | 2005 Rate Fees | 2006 Rate Fees | 2007 Rate Fees | 2008 Rate Fees | 2009 Rate Fees |
|---|---|---|---|---|---|---|---|---|
| David Shuman | 11 | 305/hr $78,476 | | | | | | |
| Todd Miller | 15 | 355/hr $298,803 | 380/hr 244,340 | 418/hr 52,918 | 442/hr 18,819 | 494/hr 14,276 | 541/hr 16,624 | 584/hr 8,859 |
| John Schnurer | 12 | 330/hr $52,404 | | | | | | |
| William Woodford | 12 | 195/hr $85,234 | 238/hr 203,561 | 285/hr 5,158 | 318/hr 15,021 | | | |

Declaration of Todd G. Miller in Support of Joinder
In Motion for Attorney's Fees
Case No. C 05-01114 JW (HRL)

| Attorney | Yrs Experience | 2003 Rate Fees | 2004 Rate Fees | 2005 Rate Fees | 2006 Rate Fees | 2007 Rate Fees | 2008 Rate Fees | 2009 Rate Fees |
|---|---|---|---|---|---|---|---|---|
| Katherine Moerke | | 220/hr $62,788 | 271/hr $68,283 | | | | | |
| Gregory Madera | 35 | 525/hr $91,665 | 525/hr $21,210 | | | | | |
| Juanita Brooks | 36 | 525/hr $63,052 | 525/hr $40,373 | | | | | |
| Christopher Marchese | 18 | 410/hr $110,044 | | | | | | |
| Jonathan Singer | 18 | 410/hr $102,295 | 437/hr $269,891 | 470/hr 21,584 | 494/hr 4,940 | 537/hr 1,127 | 589/hr 6,008 | |
| Subtotal | | 944761 | 847658 | 79660 | 38780 | 15403 | 22632 | 8859 |
| Total = $1,957,753 | | | | | | | | |

8.     The names of the non-legal professionals (paralegals) who worked more than 50 hours on this case from 2002 to the present on behalf of the VS Media Defendants, their hours worked and hourly rates (adjusted over time) are as follows:

| Paralegal | 2003 Rate Hours | 2004 Rate Hours | 2005 Rate Hours | 2006 Rate Hours | 2007 Rate Hours | 2008 Rate Hours | 2009 Rate Hours |
|---|---|---|---|---|---|---|---|
| Chad Roberts | 100/hr $28,430 | 104/hr $6,218 | | | | | |
| Angela Chianelli | 185/hr $49,858 | 185.25/hr $13,801 | | | | | |
| Donna Rouseau | 155/hr $29,156 | | | | | | |
| Mark Abrahams (technology analyst) | 185/hr $67,691 | 194.75/hr $13,730 | | | | | |
| Subtotal | $175,135 | $33,749 | | | | | |
| Total = $208,884 | | | | | | | |
| **Total Attorney Fee + Total Legal Professional Fee=$2,166,637** | | | | | | | |

9.     Should the Court require additional information regarding the services provided by each attorney on behalf of the VS Media Defendants, the Firm's billing records or an abstract thereof can be produced in redacted form to support this fee request.  Multiplying the hourly rates by the number of hours the attorneys and paralegals worked on this case and then totaling the product results in a total fee amount of $2,166,637.00, which is believed to be reasonable and is requested by the present motion.

Declaration of Todd G. Miller in Support of Joinder
In Motion for Attorney's Fees
Case No. C 05-01114 JW (HRL)
4

**Description of Qualifications and Customary Rates Pursuant to Local Rule 54-6(b)(3)**

10.     The hourly rates set forth in my declaration are those customarily charged by the Firm for patent infringement litigation, and are believed to be (and have been held by other Courts to be) consistent with rates charged in the legal community for attorneys of comparable skill and experience. Most recently in the cases of *Intamin, Ltd. v. Magnetar Tech.*, Case No. CV 04-0511 GAF (JWJx) (C.D. Cal, December 28, 2009) (Attached hereto as Exhibit A) and *iLor v. Google, Inc.*, Case No. 5:07-109-JMH (D. KY October 15, 2009) (Attached hereto as Exhibit B), the Firm's hourly rates and hours expended were found to be reasonable.

The Firm has consistently been ranked as the Number 1 IP firm in the United States.  In September, 2009, *IP Law and Business*, the leading intellectual property magazine, for the sixth straight year named the Firm the top patent litigation firm in the country.  Additional information about the Firm and the attorneys who worked on this matter can be found at the Firm's Internet website, www.fr.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of January, 2010 at San Diego, California.


                                          *s/ Todd G. Miller*
                                          Todd G. Miller

Declaration of Todd G. Miller in Support of Joinder
In Motion for Attorney's Fees
Case No. C 05-01114 JW (HRL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Todd G. Miller in Support of Joinder In
Motion for Attorney's Fees
Case No. C 05-01114 JW (HRL)