| | |
|---|---|
| 1 | RACHEL KREVANS (CA SBN 116421) |
| | MATTHEW I. KREEGER (CA SBN 153793) |
| 2 | JASON A. CROTTY (CA SBN 196036) |
| | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
| | San Francisco, California  94105-2482 |
| 4 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 5 | RKrevans@mofo.com |
| | MKreeger@mofo.com |
| 6 | JCrotty@mofo.com |

Attorneys for Defendants
ECHOSTAR SATELLITE LLC AND
ECHOSTAR TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 05-CV-1114 JW |
| | MDL No. 1665 |
| ACACIA MEDIA TECHNOLOGIES CORPORATION | **PROOF OF SERVICE** |
| | Date:        TBD |
| | Time:        TBD |
| | Courtroom:   8, 4th Floor |
| | Judge:       Hon. James Ware |

sf-2785691

**PROOF OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on January 5, 2010, I served a copy of:

- **DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF ECHOSTAR'S MOTION RE EXCEPTIONAL CASE – FILED UNDER SEAL**

- **EXHIBIT A TO DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF ECHOSTAR'S MOTION RE EXCEPTIONAL CASE – FILED UNDER SEAL**

[x] **BY U.S. Mail [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by mailing a true and correct copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid to the address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on January 5, 2010.

| Jenny M. Shay | /s/ |
|---|---|
| (typed) | (signature) |

PROOF OF SERVICE

sf-2786578

**SERVICE LIST**
*In Re Acacia Media Technologies, Inc.*
Case No. 5:05-cv-01114-JW

**BY U.S. MAIL**

| | |
|---|---|
| **Martin P. Michael**<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-768-6700<br>Fax: 212-768-6800 | *Attorneys for Defendant, Insight Communications Company, Inc.* |
| **John F. Petrsoric**<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: 212-355-3333 | *Attorneys for Defendant, CSC Holdings, Inc.* |
| **C. Mark Kittredge**<br>Perkins Coie Brown & Bain PA<br>P.O. Box 400<br>Phoenix, AZ 85001-0400<br>Tel: 602-351-8000 | *Attorneys for Defendant, Cable One Inc.* |
| **Carl E. Myers**<br>Marshall Gerstein & Borun<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: 312-474-6300 | *Attorneys for Defendant, Armstrong Group, Wide Open West LLC, Block Communications Inc. d/b/a Buckeye Cable, East Cleveland Cable TV & Communications LLC, and Massillon Cable TV Inc.* |
| **Christopher B. Fagan**<br>Fay Sharpe Fagan Minnich & McKee<br>1100 Superior Avenue, 7th Floor<br>Cleveland, OH 44114-2518<br>Tel: 216-241-1666 | *Attorneys for Defendant, Armstrong Group, Wide Open West LLC, Block Communications Inc. d/b/a Buckeye Cable, East Cleveland Cable TV & Communications LLC, and Massillon Cable TV Inc.* |
| **Fritz Byers**<br>824 Spitzer Building<br>520 Madison Avenue<br>Toledo, OH 43604<br>Tel: 419-241-8013 | *Attorneys for Defendant, Block Communications Inc. d/b/a Buckeye Cable* |
| **John C. Reich & Rebecca A. Bortolotti**<br>Merchant & Gould<br>80 S. 8th Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: 612-332-5300 | *Attorneys for Defendant, Mid-Continent Media, Inc., US Cable Holdings LP, Sjoberg's Cablevision, Inc., Savage Communications Inc., Loretel Cablevision, Cannon Valley Communications Inc. & Arvig Communication Systems* |